UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81995-CIV-CANNON/Maynard

**RMST HOLDING COMPANY, INC.,**
**R.M. STARK & CO, INC**, and
**GARY L. STARK**,

    Plaintiff,

v.

**PREMIUM 72 CAPITAL, LLC,**
**PREMIUM 72 INTERNATIONAL, LLC,**
**AYNBET INVESTMENTS, LLC,**
**ARTURO NICOLAYEVSKY,**
**EDUARDO PEREZ**, and **ISSAC WRIGHT**,

    Defendants.
_____/

## ORDER REQUIRING COMBINED RESPONSES

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. To better manage the orderly progress of the case, it is hereby **ORDERED** that no Defendant shall file a response or answer until all Defendants in this action have been served. After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 1st day of November 2021.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record