UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

RMST HOLDING COMPANY, INC.,
a Florida corporation, R.M. STARK &
CO, INC., a Florida corporation, and
GARY L. STARK, individually,

      Plaintiffs,

v.                                                                                  Case No. 9:21-cv-81995-AMC

PREMIUM 72 CAPITAL, LLC, a Texas
limited liability company, PREMIUM 72
INTERNATIONAL, LLC, a Nevada limited
Liability company, AYNBET INVESTMENTS,
LLC, a Texas limited liability company,
ARTURO NICOLAYEVSKY, individually,
EDUARDO PEREZ, individually, and ISAAC
WRIGHT, individually,

      Defendants.
_____/

### AMENDED NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Jason W. Johnson, and the law firm of Byrd Campbell, P.A., have entered an appearance as counsel for Defendants, PREMIUM 72 CAPITAL, LLC; PREMIUM 72 INTERNATIONAL, LLC; AYNBET INVESTMENTS, LLC; ARTURO NICOLAYEVSKY; and EDUARDO PEREZ, (collectively "Defendants"), in the above-styled case, and requests that all notices and papers given or required to be given in this case be served upon the undersigned at the below listed address.

**<Certificate of Service on the Following Page>**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 2, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Jason Ward Johnson*
**Tucker H. Byrd**
Florida Bar No. 381632
**Jason Ward Johnson**
Florida Bar No. 186538
**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: JJohnson@ByrdCampbell.com
Secondary Email: RMicale@ByrdCampbell.com
*Attorneys for Defendants*