UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-cv-81995-AMC

**RMST HOLDING COMPANY, INC.**, a
Florida corporation, **R.M. STARK & CO.,
INC.**, a Florida corporation, and **Gray L.
STARK**, individually,

     Plaintiffs,

v.

**PREMIUM 72 CAPITAL, LLC**, a Texas
Limited liability company, **PREMIUM 72
INTERNATIONAL, LLC**, a Nevada limited
liability company, **AYNBET INVESTMENTS,
LLC**, a Texas limited liability company, **ARTURO
NICOLAYEVSKY**, individually, **EDUARDO
PEREZ**, individually, and **ISAAC WRIGHT**,
Individually,

     Defendants.
_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL

NOW COMES Richard A. D'Amura, of the law firm D'Amura & Zaidman, PLLC, and submits this Notice of Appearance as co-counsel for Plaintiffs, RMST Holding Company, Inc., R.M. Stark & Co., Inc. and Gary L. Stark. Please direct all communications from the Court or counsel regarding this matter to the undersigned. Joel Martin McTague and Leanne B. Wagner of the law firm Frank Weinberg & Black will remain as co-counsel for Plaintiffs.

Dated: April 6, 2022                        Respectfully Submitted,

                                            **D'AMURA & ZAIDMAN, PLLC**

                                            By: */s/ Richard A. D'Amura*
                                            State Bar No. 663921
                                            Richard A. D'Amura
                                            rdamura@dz-pllc.com
                                            609 Josephine Street
                                            Austin, Texas 78704
                                            (310) 945-5306

                                            Attorneys for Plaintiffs RMST Holding,
                                            Company, Inc., R.M. Stark & Co., Inc.
                                            and Gary L. Stark

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF and is being served via Electronic Mail on the following: Jason Ward Johnson (jjohnson@byrdcampbell.com), Tucker H. Byrd (tbyrd@byrdcampbell.com) Counsel for the Defendants, on this 6th day of April, 2022.

                                            By: */s/ Richard A. D'Amura*