UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81995-CIV-CANNON

**RMST HOLDING COMPANY, INC.**,
**R.M. STARK & CO, INC**, and
**GARY L. STARK**,

    Plaintiffs,

v.

**PREMIUM 72 CAPITAL, LLC**,
a Texas limited liability company,
**PREMIUM 72 INTERNATIONAL, LLC**,
a Nevada limited liability company,
**AYNBET INVESTMENTS, LLC**,
a Texas limited liability company,
**ARTURO NICOLAYEVSKY**,
**EDUARDO PEREZ**,
and **ISAAC WRIGHT**, individually,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT PRELIMINARY INJUNCTION

**THIS CAUSE** comes before the Court upon the parties' Joint Notice of Filing of Proposed Consent Order Granting Motion for Preliminary Injunction [ECF No. 43], which the Court construes as a motion for entry of consent preliminary injunction. The Court has reviewed the parties' Motion and is otherwise fully advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The parties' Motion [ECF No. 43] is **GRANTED**.

2. Subject to and until further order of this Court, Defendants, and any third-party entities affiliated or associated with them, are hereby enjoined and restrained from participating in

1

    the management of RM Stark, and that management be conducted pursuant to the Membership Agreement; and

3. Subject to and until further order of this Court, Defendants, and any third-party entities affiliated or associated with them, are hereby enjoined and restrained from further encumbering the assets of RMST and/or RM Stark.

4. Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction [ECF No. 26] is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 2nd day of June 2022.

                                                                          AILEEN M. CANNON
                                                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record