# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

RMST HOLDING COMPANY, INC.,
a Florida corporation, R.M. STARK &
CO, INC., a Florida corporation, and
GARY L. STARK, individually,

   Plaintiffs,

v.                Case No. 9:21-cv-81995-AMC

PREMIUM 72 CAPITAL, LLC, a Texas
limited liability company, PREMIUM 72
INTERNATIONAL, LLC, a Nevada limited
Liability company, AYNBET INVESTMENTS,
LLC, a Texas limited liability company,
ARTURO NICOLAYEVSKY, individually,
EDUARDO PEREZ, individually, ISAAC
WRIGHT, individually, MONEY STORE
FUNDING, a New York limited liability company,
and BYLINE BANK, an Illinois bank,
OPC ADVISORS, LLC, a Texas limited liability
company, ZAHAV ASSET MANAGEMENT,
LLC, a New York limited liability company;
KINGDOM LOGISTICS, LLC, a Texas limited
Liability company; NFG ADVANCE, LLC, a
New York limited liability company; PROMPT
CAPTIAL FUNDING, LLC, a New York limited
liability company; PINNACLE BUSINESS
FUNDING, LLC, a New York limited liability
company; and BITTY ADVANCE
2, LLC, a Wyoming limited liability company.

   Defendants.
_____/

## MOTION TO WITHDRAW

Tucker H. Byrd, Jason Ward Johnson, and the law Firm of Byrd Campbell, P.A., for Defendants PREMIUM 72 CAPITAL, LLC, PREMIUM 72 INTERNATIONAL, LLC, AYNBET INVESTMENTS, LLC, ARTURO NICOLAYEVSKY, and EDUARDO PEREZ (the

1

"<u>Defendants</u>"), hereby move to withdraw as counsel for the Defendants and, as grounds therefore, state as follows:

1. Defendants and the undersigned law firm have irreconcilable differences and as a result, the undersigned counsel can no longer effectively represent the Defendants in this action.

2. The Florida Rules of Professional Conduct allow counsel to withdraw if "the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled," Fla. R. Prof. C. 4-1.16(b)(4).

3. The Motion is not made for the purposes of delaying these proceedings and is only made out of necessity.

4. Upon the withdrawal of counsel, all pleadings, motions, notices, and other papers may be served upon PREMIUM 72 CAPITAL, LLC, PREMIUM 72 INTERNATIONAL, LLC, AYNBET INVESTMENTS, LLC, and ARTURO NICOLAYEVSKY at the following address:

> ARTURO NICOLAYEVSKY
> 121 N. Post Oak Ln, Suite 705
> Houston, Texas 77024
> Email Address: Arturo@premium72.com

5. Upon the withdrawal of counsel, all pleadings, motions, notices, and other papers may be served upon EDUARDO PEREZ at the following address:

> EDUARDO PEREZ
> 8502 Hillsboro Place
> Sugar Land, Texas 77479
> Email Address: Eduardo@premium72.com

WHEREFORE, Tucker H. Byrd, Jason Ward Johnson, and the law firm of Byrd Campbell, P.A., move this Court to enter an Order withdrawing the undersigned as counsel of record for Defendants, and allowing four weeks for Defendants to obtain new counsel.

## CERTIFICATION REGARDING CONFERRAL

The undersigned counsel certifies pursuant to Local Rule 11.1(d)(3) that he has contacted Plaintiff's Counsel, Richard D'Amura, Esq., and Joel McTague, Esq., with regard to this motion. In addition to confirming receipt of the notice required by the Local Rule, opposing counsel advise that Plaintiffs have no objections to the requested withdrawal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2022, a copy of the foregoing has been furnished to all counsel of record.

*s/ Jason Ward Johnson*
**Tucker H. Byrd**
Florida Bar No. 381632
**Jason Ward Johnson**
Florida Bar No. 186538
**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: JJohnson@ByrdCampbell.com
Secondary Email: RMicale@ByrdCampbell.com
*Attorneys for Defendants*