UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

RMST HOLDING COMPANY, INC.,
a Florida corporation, R.M. STARK &
CO, INC., a Florida corporation, and
GARY L. STARK, individually,

   Plaintiffs,

v.              Case No. 9:21-cv-81995-AMC

PREMIUM 72 CAPITAL, LLC, a Texas
limited liability company, PREMIUM 72
INTERNATIONAL, LLC, a Nevada limited
Liability company, AYNBET INVESTMENTS,
LLC, a Texas limited liability company,
ARTURO NICOLAYEVSKY, individually,
EDUARDO PEREZ, individually, ISAAC
WRIGHT, individually, MONEY STORE
FUNDING, a New York limited liability company,
and BYLINE BANK, an Illinois bank,
OPC ADVISORS, LLC, a Texas limited liability
company, ZAHAV ASSET MANAGEMENT,
LLC, a New York limited liability company;
KINGDOM LOGISTICS, LLC, a Texas limited
Liability company; NFG ADVANCE, LLC, a
New York limited liability company; PROMPT
CAPTIAL FUNDING, LLC, a New York limited
liability company; PINNACLE BUSINESS
FUNDING, LLC, a New York limited liability
company; and BITTY ADVANCE
2, LLC, a Wyoming limited liability company.

   Defendants.
_____/

**SUPPLEMENTAL NOTICE OF BYRD CAMPBELL, P.A.
ON MOTION TO WITHDRAW**

  Tucker H. Byrd, Jason Ward Johnson, and the law firm of Byrd Campbell, P.A. (collectively, "Byrd Campbell"), file this supplemental notice regarding the *Motion to Withdraw* (Doc. No. 78) (the "Motion") in response to the Court's *Paperless Order* (Doc. No. 79), and state:

1

1. Defendants Premium 72 Capital, LLC, Premium 72 International, LLC, Aynbet Investments, LLC, Arturo Nicolayevsky, and Eduardo Perez (collectively, the "Defendants") do not oppose the relief requested in the Motion.

2. The irreconcilable differences between Byrd Campbell and the Defendants relate solely to financial matters.

3. Defendants Premium 72 Capital, LLC, Premium 72 International, LLC, and Aynbet Investments, LLC understand that these entities may not appear *pro se* in this case, and that each will be required to find new counsel.

Respectfully submitted,

*s/ Jason Ward Johnson*
**Tucker H. Byrd**
Florida Bar No. 381632
**Jason Ward Johnson**
Florida Bar No. 186538
**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, Florida 32789
Telephone: (407) 392-2285
Facsimile: (407) 392-2286
Primary Email: TByrd@ByrdCampbell.com
Primary Email: JJohnson@ByrdCampbell.com
Secondary Email: RMicale@ByrdCampbell.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 26, 2022, a copy of the foregoing has been furnished to all counsel of record.

*s/ Jason Ward Johnson*
Jason Ward Johnson