UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 21-CIV-81995-CANNON/REINHART

RMST HOLDING COMPANY, INC. et al.,
        Plaintiffs,

v.

PREMIUM 72 CAPITAL, LLC et al.,

        Defendants.
_____/

### ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR THE DEFENDANTS (ECF No. 78)

Tucker H. Byrd, Jason Ward Johnson, and the law firm of Byrd Campbell, P.A. ("Counsel") move to withdraw as counsel for Defendants Premium 72 Capital, LLC, Premium 72 International, LLC, Aynbet Investments, LLC, Arturo Nicolayevsky, and Eduardo Perez ("Defendants") (the "Motion"). ECF No. 78. Counsel seeks to withdraw due to irreconcilable differences with the Defendants which it claims prevent Counsel from effectively representing Defendants in this action. *Id.* On September 20, 2022, the Court took the Motion under advisement and directed Counsel to file a supplemental notice advising the Court: (1) Defendants' position on Counsel's Motion; (2) whether the irreconcilable differences between Counsel and Defendants relate solely to financial matters; and (3) whether the corporate Defendants understand that corporations cannot appear pro se and that the corporate Defendants will be required to find new counsel. ECF No. 79. Thereafter, Counsel filed a supplemental notice indicating: (1) Defendants do not oppose the relief

requested in the Motion; (2) the irreconcilable differences between Counsel and Defendants relate solely to financial matters; and (3) Defendants Premium 72 Capital, LLC, Premium 72 International, LLC, and Aynbet Investments, LLC (the "Corporate Defendants") understand that corporations may not appear pro se and that the Corporate Defendants will be required to find new counsel. ECF No. 80. Based on the Motion, Plaintiffs do not object to Counsel's withdrawal. ECF No. 78. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion (ECF No. 78) is **GRANTED**. Tucker H. Byrd, Jason Ward Johnson, and the law firm of Byrd Campbell, P.A. are relieved of all further duties and responsibilities for Defendants Premium 72 Capital, LLC, Premium 72 International, LLC, Aynbet Investments, LLC, Arturo Nicolayevsky, and Eduardo Perez.

2. Counsel shall send via U.S. mail and email a copy of this Order to Defendants forthwith.

3. All papers must be served on Defendants Premium 72 Capital, LLC, Premium 72 International, LLC, Aynbet Investments, LLC, and Arturo Nicolayevsky at the following address: Arturo Nicolayevsky, 121 N. Post Oak Ln, Suite 705, Houston, Texas 77024 and at the following email address: Arturo@premium72.com.

4. All papers must be served on Defendant Eduardo Perez at the following address: 8502 Hillsboro Place, Sugar Land, Texas 77479 and at the following email address: Eduardo@premium72.com.

5.   Defendants Arturo Nicolayevsky and Eduardo Perez are responsible for updating their addresses and email addresses by filing a notice of new address and email address with the Clerk of Court.

6.   By October 12, 2022 at 5:00 pm Eastern time, new counsel for Defendants Arturo Nicolayevsky and Eduardo Perez shall file a notice of appearance, or Defendants Arturo Nicolayevsky and Eduardo Perez shall file notices indicating that they intend to proceed pro se.

7.   By October 12, 2022 at 5:00 pm Eastern time, new counsel for the Corporate Defendants shall file a notice of appearance. The Corporate Defendants are cautioned that "[t]he rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-1386 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *Natl Indep. Theatre Exhibitors, Inc. v. Buena Vista Distribution Co.*, 748 F.2d 602, 609 (11th Cir. 1985), *cert. denied*, 471 U.S. 1056 (1985). "[F]ailure to retain counsel may result in an entry of default." *Bejerano v. Flex Florida Corp.*, No. 18-20049-CIV, 2021 WL 3566286, at *1 (S.D. Fla. Aug. 12, 2021) (J. Torres).

**DONE AND ORDERED** in Chambers in West Palm Beach in the Southern District of Florida, this 28th day of September, 2022.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE