# PREMIUM 72 CAPITAL

October 7, 2022

**Judge Aileen M. Cannon**
Alto Lee Adams, Sr.
United States Courthouse
101 South US Highway 1,
Chambers 4044
Fort Pierce, Florida 34950

FILED BY _____ D.C.
OCT 11 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

　　　　　**RE:** Case No. 21-CIV-81995- Cannon/Reinhart

Your Honor,

　　　　　**WHEREAS,** Premium 72 Capital, LLC, Premium 72 International, LLC, AynBet Investments, LLC, Arturo Nicolayevsky, and Eduardo Perez are the Defendants on case 21-CIV-81995 ("Defendants");

　　　　　**WHEREAS,** on September 28, 2022, Defendant received a letter from the Court (Case 21-CIV-81995 Document 81, attached) stating that Court/Judge gives Defendant until October 12, 2022, at 5 PM, to inform them, who will Defendant's' new legal counsel be;

　　　　　**NOW THEREFORE,** Defendant is currently in the middle of completing a representation agreement with a Florida Law firm for Case 21-CIV-81995; however, it has bot been finalized due to:

- Hurricane Ian, that created unexpected interruptions of communication with people, and companies in Florida
- Jewish High Holidays, where several days Defendant was unable to work, per Jewish customs.

Your Honor, Defendant kindly requests you to grant Defendant more time to secure a Florida legal counsel to represent them in Case 21-CIV-81995. In addition, Defendants kindly request from Your Honor, to please email Court's decision to both Defendants' emails: arturo@premium72.com and eduardo@premium72.com

Sincerely,

DocuSigned by:
*[signature]*
FA8A41739662407...
**Arturo Nicolayevsky,**
Managing Director
　Premium 72, Capital, LLC,
　Premium 72 International, LLC,
　AynBet Investments, LLC
　Individual

10-10-2022
_____
**Date**

DocuSigned by:
*Eduardo Perez*
0105BB3A0F86460...
**Eduardo Perez,**
Managing Director
　Premium 72, Capital, LLC,
　Premium 72 International, LLC,
　Individual

10-10-2022
_____
**Date**

Case 9:21-cv-81995-AMC Document 102 Entered on FLSD Docket 10/12/2022 Page 2 of 10
DocuSign Envelope ID: 6AC1D2A0-3935-42C2-9DA0-85CF98CC93D2
Case 9:21-cv-81995-AMC Document 81 Entered on FLSD Docket 09/28/2022 Page 1 of 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 21-CIV-81995-CANNON/REINHART

RMST HOLDING COMPANY, INC. et al.,
    Plaintiffs,

v.

PREMIUM 72 CAPITAL, LLC et al.,

    Defendants.
_____/

### ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR THE DEFENDANTS (ECF No. 78)

Tucker H. Byrd, Jason Ward Johnson, and the law firm of Byrd Campbell, P.A. ("Counsel") move to withdraw as counsel for Defendants Premium 72 Capital, LLC, Premium 72 International, LLC, Aynbet Investments, LLC, Arturo Nicolayevsky, and Eduardo Perez ("Defendants") (the "Motion"). ECF No. 78. Counsel seeks to withdraw due to irreconcilable differences with the Defendants which it claims prevent Counsel from effectively representing Defendants in this action. *Id.* On September 20, 2022, the Court took the Motion under advisement and directed Counsel to file a supplemental notice advising the Court: (1) Defendants' position on Counsel's Motion; (2) whether the irreconcilable differences between Counsel and Defendants relate solely to financial matters; and (3) whether the corporate Defendants understand that corporations cannot appear pro se and that the corporate Defendants will be required to find new counsel. ECF No. 79. Thereafter, Counsel filed a supplemental notice indicating: (1) Defendants do not oppose the relief

Case 9:21-cv-81995-AMC Document 102 Entered on FLSD Docket 10/12/2022 Page 3 of 10
DocuSign Envelope ID: 6AC1D2A0-3935-42C2-9DA0-85CF98CC93D2
Case 9:21-cv-81995-AMC Document 81 Entered on FLSD Docket 09/28/2022 Page 2 of 3

requested in the Motion; (2) the irreconcilable differences between Counsel and Defendants relate solely to financial matters; and (3) Defendants Premium 72 Capital, LLC, Premium 72 International, LLC, and Aynbet Investments, LLC (the "Corporate Defendants") understand that corporations may not appear pro se and that the Corporate Defendants will be required to find new counsel. ECF No. 80. Based on the Motion, Plaintiffs do not object to Counsel's withdrawal. ECF No. 78. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion (ECF No. 78) is **GRANTED**. Tucker H. Byrd, Jason Ward Johnson, and the law firm of Byrd Campbell, P.A. are relieved of all further duties and responsibilities for Defendants Premium 72 Capital, LLC, Premium 72 International, LLC, Aynbet Investments, LLC, Arturo Nicolayevsky, and Eduardo Perez.

2. Counsel shall send via U.S. mail and email a copy of this Order to Defendants forthwith.

3. All papers must be served on Defendants Premium 72 Capital, LLC, Premium 72 International, LLC, Aynbet Investments, LLC, and Arturo Nicolayevsky at the following address: Arturo Nicolayevsky, 121 N. Post Oak Ln, Suite 705, Houston, Texas 77024 and at the following email address: Arturo@premium72.com.

4. All papers must be served on Defendant Eduardo Perez at the following address: 8502 Hillsboro Place, Sugar Land, Texas 77479 and at the following email address: Eduardo@premium72.com.

Case 9:21-cv-81995-AMC Document 102 Entered on FLSD Docket 10/12/2022 Page 4 of 10
DocuSign Envelope ID: 6AC1D2A0-3935-42C2-9DA0-85CF98CC93D2

Case 9:21-cv-81995-AMC Document 81 Entered on FLSD Docket 09/28/2022 Page 3 of 3

5. Defendants Arturo Nicolayevsky and Eduardo Perez are responsible for updating their addresses and email addresses by filing a notice of new address and email address with the Clerk of Court.

6. By October 12, 2022 at 5:00 pm Eastern time, new counsel for Defendants Arturo Nicolayevsky and Eduardo Perez shall file a notice of appearance, or Defendants Arturo Nicolayevsky and Eduardo Perez shall file notices indicating that they intend to proceed pro se.

7. By October 12, 2022 at 5:00 pm Eastern time, new counsel for the Corporate Defendants shall file a notice of appearance. The Corporate Defendants are cautioned that "[t]he rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385-1386 (11th Cir. 1985), *cert. denied*, 474 U.S. 1058 (1986); *Natl Indep. Theatre Exhibitors, Inc. v. Buena Vista Distribution Co.*, 748 F.2d 602, 609 (11th Cir. 1985), *cert. denied*, 471 U.S. 1056 (1985). "[F]ailure to retain counsel may result in an entry of default." *Bejerano v. Flex Florida Corp.*, No. 18-20049-CIV, 2021 WL 3566286, at *1 (S.D. Fla. Aug. 12, 2021) (J. Torres).

**DONE AND ORDERED** in Chambers in West Palm Beach in the Southern District of Florida, this 28th day of September, 2022.

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

# DocuSign

## Certificate Of Completion

Envelope Id: 6AC1D2A0393542C29DA085CF98CC93D2  
Subject: Complete with DocuSign: 2022-10-10 - Florida Legal Representation Extension period by Court+At...  
Source Envelope:  
Document Pages: 4  
Certificate Pages: 5  
AutoNav: Enabled  
EnvelopeId Stamping: Enabled  
Time Zone: (UTC-06:00) Central Time (US & Canada)  

Signatures: 2  
Initials: 0  

Status: Completed  

Envelope Originator:  
Arturo Nicolayevsky  
200 S 108th Ave  
Omaha, NE 68154-2631  
arturo@premium72.com  
IP Address: 50.234.227.138  

## Record Tracking

Status: Original  
    10/10/2022 11:07:57 AM  

Holder: Arturo Nicolayevsky  
    arturo@premium72.com  

Location: DocuSign  

## Signer Events | Signature | Timestamp

**Eduardo Perez**  
eduardo@premium72.com  
Security Level: Email, Account Authentication (None)

Signed by: Eduardo Perez  
—0195BB3A9F86460...

Signature Adoption: Pre-selected Style  
Using IP Address: 70.139.19.54  
Signed using mobile

Sent: 10/10/2022 11:09:02 AM  
Viewed: 10/10/2022 11:10:08 AM  
Signed: 10/10/2022 11:10:32 AM  

**Electronic Record and Signature Disclosure:**  
   Accepted: 10/10/2022 11:10:08 AM  
   ID: 87ba06dc-3ecb-40a9-ba23-252a9014c03f

**Arturo Nicolayevsky**  
arturo@premium72.com  
Managing Director  
Premium 72 Capital, LLC  
Security Level: Email, Account Authentication (None)

DocuSigned by:  
—FA8A41739662407...

Signature Adoption: Uploaded Signature Image  
Using IP Address: 50.234.227.138

Sent: 10/10/2022 11:10:33 AM  
Viewed: 10/10/2022 11:17:11 AM  
Signed: 10/10/2022 11:20:03 AM  

**Electronic Record and Signature Disclosure:**  
   Not Offered via DocuSign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 10/10/2022 11:09:02 AM |
| Certified Delivered | Security Checked | 10/10/2022 11:17:11 AM |
| Signing Complete | Security Checked | 10/10/2022 11:20:03 AM |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Completed | Security Checked | 10/10/2022 11:20:03 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

Electronic Record and Signature Disclosure created on: 3/28/2018 2:15:54 PM
Parties agreed to: Eduardo Perez

### ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, TD Ameritrade Institutional (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact TD Ameritrade Institutional:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: techservices@tdameritrade.com

**To advise TD Ameritrade Institutional of your new e-mail address**

To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at techservices@tdameritrade.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..

In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.

**To request paper copies from TD Ameritrade Institutional**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to techservices@tdameritrade.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.
**To withdraw your consent with TD Ameritrade Institutional**

To inform us that you no longer want to receive future notices and disclosures in electronic format you may:

> i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

> ii. send us an e-mail to techservices@tdameritrade.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000? or WindowsXP? |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | • Allow per session cookies |

|  | • Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |
|---|---|

\*\* These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.

**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and
- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and
- Until or unless I notify TD Ameritrade Institutional as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by TD Ameritrade Institutional during the course of my relationship with you.

