UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81995-CIV-CANNON/Reinhart
(22-80838-CIV-CANNON/Reinhart)

**RMST HOLDING COMPANY, INC.,**
**R.M. STARK & CO, INC**, and
**GARY L. STARK**,

    Plaintiffs,
v.

**PREMIUM 72 CAPITAL, LLC et al.**,

    Defendants.
_____/

**BYLINE BANK**,

    Plaintiff,

v.

**PREMIUM 72 CAPITAL LLC**,
**AYNBET INVESTMENTS LLC**,
**R.M. STARK & CO., INC.**,
**ARTURO NICOLAYEVSKY**, and
**GARY STARK**,

    Defendants.
_____/

**ORDER DENYING AS MOOT PLAINTIFFS' MOTION
TO STRIKE AFFIRMATIVE DEFENSES [ECF No. 77] AND STAYING DEADLINES**

**THIS CAUSE** comes before the Court following a Zoom Status Conference held on October 17, 2022 [ECF No. 106]. At the hearing, the Court heard arguments on Consolidated Plaintiff Byline Bank's Motion to Dismiss Second Amended Complaint [ECF No. 75], Consolidated Plaintiff Byline Bank's Motion to Strike Jury Demand [ECF No. 76], and Plaintiffs' Motion to Strike Affirmative Defenses [ECF No. 77].

CASE NO. 21-81995-CIV-CANNON-Reinhart

As stated in open court, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiffs' Motion to Strike Affirmative Defenses by Defendants Premium 72 Capital LLC, Premium 72 International, LLC, Aynbet Investments, LLC, Eduardo Perez, and Arturo Nicolayevsky [ECF No. 77] is **DENIED AS MOOT** in light of the agreement by those Defendants that amendment is necessary.

2. The deadline to file an Amended Answer will be set by separate order.

3. All deadlines in these consolidated cases are **STAYED** pending further Court order.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 18th day of October 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record