UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-cv-81995-AMC

**RMST HOLDING COMPANY, INC.,** *et al.*

    Plaintiffs,

v.

**PREMIUM 72 CAPITAL, LLC,** *et al.*

    Defendants.
_____/

**BYLINE BANK**

    Plaintiff,

v.

**PREMIUM 72 CAPITAL LLC,** *et al.*

    Defendants.
_____/

## MOTION FOR EXTENSION OF TIME TO SERVE

Plaintiffs RMST Holding Company, Inc., R.M. Stark & Co., Inc., and Gary L. Stark (collectively, the "Stark Plaintiffs"), by and through undersigned counsel, hereby move this Court for an Order: (1) confirming that the Stark Plaintiffs shall have ninety (90) days from the date of filing the forthcoming third amended complaint to serve certain unserved defendants (ZAM and NFG); or (2) to the extent necessary, an extension of time allowing Stark Plaintiffs ninety (90) days following the entry of their forthcoming third amended complaint to perfect service on ZAM, NFG, and Money Store. In support thereof, the Stark Plaintiffs state:

1. Stark Plaintiffs filed their Second Amended Complaint on August 15, 2022. (ECF No. 67; Second Amended Complaint at Page 1).

2. The Second Amended Complaint added several new Defendants, including, pertinent to this motion, the following: Zahav Asset Management, LLC ("ZAM") and NFG Advance, LLC ("NFG")[1] (the "Unserved Defendants"). (*Id*.).

3. The current deadline for Stark Plaintiffs to serve Unserved Defendants with the Second Amended Complaint is November 14, 2022. However, the Court recently entered an order requiring the Stark Plaintiffs to file a new, third amended complaint, by November 14, 2022.

4. The "period provided by Rule 4(m) is not restarted by the filing of an amended complaint except as to those defendants newly added in the amended complaint." *Morrison v. Morgan Stanley Properties*, 2008 WL 1771869 (S.D. Fla. 2008) (*quoting Bolden v. City of Topeka, Kansas*, 441 F.3d 1129, 1148-49 (10th Cir. 2006)). Since the Unserved Defendants were named in the Second Amended Complaint, the period to serve them under Fed.R. 4(m) will not automatically be extended by the filing of the forthcoming third amended complaint.

5. This Court's October 26, 2022 Order states "[Stark] Plaintiffs must serve and file proof of service of the amended complaint on all Defendants, **including those who have not yet been served**" (emphasis in the original) and "[d]eadlines remain stayed per the Court's Order [ECF No. 108] and will be reset by separate Order following the steps outlined in this Order." (ECF No. 112; Order Granting Consolidated Plaintiff Byline Bank's Motion to Dismiss at Page 3 ¶ 2 and Page 3 ¶ 5).

---

[1] Another new Defendant, Money Store Funding, LLC, was recently served with the Second Amended Complaint. The Stark Plaintiffs are waiting on the affidavit of service from their process server, and will file the affidavit of service upon receipt.

6. The Stark Plaintiffs interpret the Court's October 26, 2022 Order to provide that the Stark Plaintiffs must serve the forthcoming Third Amended Complaint upon all defendants, including the Unserved Defendants, within 90 days following the filing of that third amended complaint.

7. However, in an abundance of caution, and to the extent necessary, Stark Plaintiffs seek additional time to serve Unserved Defendants pursuant to Fed.R. 4(m), which provides, in pertinent part: "[i]f the plaintiff shows good cause for the failure [to serve within 90 days after the complaint is filed], the court must extend the time for service for an appropriate period."

8. Accordingly, to the extent necessary, Stark Plaintiffs seek an extension of ninety (90) days from the date of filing of the forthcoming third amended complaint to serve Unserved Defendants. As good cause for the potentially-necessary extension, Stark Plaintiffs state:

    a. To date, Stark Plaintiffs have been unsuccessful in attempts to serve NFG despite attempting service upon its registered agent at the address recorded by the applicable Secretary of State database. NFG is an active, registered LLC in New York. Per the New York Secretary of State Division of Corporations database, its registered agent is NFG Advance, LLC at 1308 Kings Highway, Brooklyn, New York 11229. Service was attempted once, but there is no registered agent of NFG, business premises for NFG, or any other trace of NFG at this address. Stark Plaintiffs are continuing attempts to determine where else NFG may be located or maintain a representative to accept service and are continuing to exercise all reasonable and possible due diligence to perfect

Stark Plaintiff's Motion for Extension of Time to Serve

3

    service on NFG. Copies of communications between Stark Plaintiffs' counsel's office and a process server related to attempts to serve NFG are attached as <u>Exhibit A</u>.

b. To date, Stark Plaintiffs have been unsuccessful in attempts to serve ZAM despite attempting service upon its registered agent at the address recorded by the applicable Secretary of State database. ZAM is an active, registered LLC in New York. Per the New York Secretary of State Division of Corporations database, its registered agent is The LLC at 234 Cedarhurst Avenue, Apartment 21B, Cedarhurst, New York 11516. Stark Plaintiffs have attempted service on ZAM at this address twice, and a third attempt is pending. Neighboring residents indicated to the Stark Plaintiffs' process server that ZAM representatives are frequently out of the country for extended periods. Additional, unsuccessful service attempts have been made at two alternative addresses, and Stark Plaintiffs are continuing to exercise all reasonable and possible due diligence to perfect service on ZAM. Copies of communications between Stark Plaintiffs' counsel's office and a process server related to attempts to serve ZAM are attached as <u>Exhibit B</u>.

c. To date, Stark Plaintiffs have been unsuccessful in attempts to serve Unserved Defendants at numerous addresses, including addresses registered with Unserved Defendants' respective Secretaries of State. Stark Plaintiffs require additional time to attempt to locate additional addresses upon which service may be attempted. Stark Plaintiffs may also be required to take steps to

       effectuate substitute service upon Florida's Secretary of State pursuant to Fla. Stat. Ann. §§ 48.062, 48.161, and 48.181.

d. Substitute service of process per Fla. Stat. Ann. §§ 48.062, 48.161, and 48.181 requires amendment of the complaint to detail prior unsuccessful service methods.

e. This Court has already ordered the Stark Plaintiffs to file an amended complaint by November 14, 2022. (ECF No. 112). Stark Plaintiffs intend to include the necessary amendments under Fla. Stat. Ann. §§ 48.062, 48.161, and 48.181 in their forthcoming amended complaint.

f. The above efforts demonstrate that good cause exists for an extension of time, if necessary, under Fed.R. 4(m), to serve the Unserved Defendants.

WHEREFORE, Stark Plaintiffs respectfully request this Court: (1) confirm Stark Plaintiffs shall have ninety (90) days from the date of filing the forthcoming third amended complaint to serve the Unserved Defendants; or (2) to the extent necessary, grant their Motion for Extension of Time to Serve and allow Stark Plaintiffs ninety (90) days following the entry of their forthcoming third amended complaint to perfect service on ZAM and NFG and such further relief as the Court deems just and proper.

Dated: November 11, 2022           Respectfully Submitted,

By: <u>*Richard A. D'Amura*</u>

Richard A. D'Amura
State Bar No. 663921
rdamura@dz-pllc.com
1061 Michigan Ave., Unit 1
Miami Beach, Florida 33139
D'AMURA & ZAIDMAN, PLLC

AND

<u>*/s/ Joel M. McTague*</u>
Joel Martin McTague
Florida Bar No. 174406
Leanne B. Wagner
Florida Bar No. 0057847
Frank Weinberg Black, P.L.
7805 SW 6th Court
Plantation, FL 33324
Phone: 954-474-8000
Email: jmctague@fwblaw.net
        talberga@fwblaw.net

Attorneys for Plaintiffs RMST Holding Company, Inc., R.M. Stark & Co., Inc., and Gary L. Stark

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF and is being served via Electronic Mail on the following: Justin C. Carlin (eservice@carlinfirm.com), counsel for Premium 72 Capital, LLC, Premium 72 International, LLC, Aynbet Investments, LLC, Arturo Nicolayevksy, and Eduardo Perez, and Jason Henry Baruch and (jason.baruch@hklaw.com) and Daniel L. Buchholz (daniel.buchholz@hklaw.com), counsel for Byline, on this 11th day of November, 2022.

I further certify that the following parties were served by regular U.S. Mail:

OPC Advisors, LLC

Zahav Asset Management, LLC

Kingdom Logistics, LLC

NFG Advance, LLC

Prompt Capital Funding, LLC

Pinnacle Business Funding, LLC

Money Store Funding,

Bitty Advance 2, LLC

By: */s/ Richard A. D'Amura*

Stark Plaintiff's Motion for Extension of Time to Serve

# Exhibit A

# Elyse Koenig

| | |
|---|---|
| **From:** | WSP Server <DBSServer@dbsinfo.net> on behalf of Caplan,Caplan and Caplan Process Servers <caplanupdates@caplanandcaplan.com> |
| **Sent:** | Wednesday, September 7, 2022 10:27 AM |
| **To:** | Elyse Koenig; John Koenig |
| **Subject:** | CPN Status on  (NFG ADVANCE, LLC) |

To: RICHARD A. D'AMURA
   D'AMURA & ZAIDMAN, PLLC

This is an automated message relating to:

   **Our Job Number:** 2022026279
   **Your Reference Number:**
   **Party To Be Served:** NFG ADVANCE, LLC
   **Documents To Be Served:** SUMMONS , SECOND AMENDED COMPLAINT AND EXHIBITS
   **Case Info:** Florida SOUTHERN 9:21-CV-81995-AMC
   **Case Style:** RMST HOLDING COMPANY, INC. ET AL., vs. PREMIUM 72 CAPITAL, LLC

Original Service Address: NFG ADVANCE, LLC, 1308 KINGS HIGHWAY, BROOKLYN, NY 11229

Latest Status: 9/7/2022 11:25 am 1308 KINGS HIGHWAY, BROOKLYN, NY 11229 This is a three four commercial building - 1st floor - Cinnabon - 2nd floor - nail salon 3rd floor - empty Def not known

Thank you,
Caplan,Caplan and Caplan Process Servers
caplanupdates@caplanandcaplan.com
Phone: (305) 374-3426

More detailed status is available at https://cpn.sopstatus.com

## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 9:21-CV-81995-AMC

Plaintiff: **RMST HOLDING COMPANY, INC. ET AL.,**
vs.
Defendant: **PREMIUM 72 CAPITAL, LLC**

For: RICHARD A. D'AMURA
D'AMURA & ZAIDMAN, PLLC

Received by Caplan, Caplan & Caplan Process Servers on the 24th day of August, 2022 at 6:43 am to be served on **NFG ADVANCE, LLC, 1308 KINGS HIGHWAY, BROOKLYN, NY 11229.** I, __JOHN CLEERE__, being duly sworn, depose and say that on the ____ day of _____, 20__ at __:__.m., executed service by delivering a true copy of the **SUMMONS, SECOND AMENDED COMPLAINT AND EXHIBITS** in accordance with state statutes in the manner marked below:

( )PUBLIC AGENCY: By serving _____ as _____ Served the named agency by delivering a true copy of pleadings and informed said person of the contents therein, with date, hour, intials of service endorsed thereon by me in compliance with State Statute

( )CORPORATE SERVICE/CORPORATE LLC: By serving _____ as _____ Served the named person by delivering a true copy of pleadings and informed said person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with State Statute

( )CORPORATE REGISTERED AGENT: By serving _____ as Registered Agent. Served the named person by delivering a true copy of pleadings and informed said person of the contents therein, with date, hour, intials of service endorsed by me in compliance with State Statute

( )CORPORATE REGISTERED AGENT EMPLOYEE: By serving _____ as _____ Served the named person by delivering a true copy of pleadings and informed person of the contents therein, with date, hour, intials of service endorsed thereon by me in compliance with F.S.48.081(3)(a) and F.S.48.091, the registered agent failed to comply by not being available for service between the hours of 10am and 12pm

( )CORPORATE SUBSTITUTE RESIDENTIAL: By serving _____ as _____ Served the named person at a residence by delivering true copy of pleadings and informed person of the contents therein, with the date, hour and intials of service endorsed thereon by me in compliance with F.S. 48.081(3)(b) and 48.031(1)(a) as the registered agent failed to comply by not being available for service between 10am and 12pm

( )SERVED: Served a Authorized person by delivering a true copy with date and hour of service endorsed to _____ as _____ who stated they are authorize to accept service for deponent and informed said person of the contents.

XXX NO SERVICE: For reason stated in comments

COMMENTS: __09/07/2022 @ 11:00 AM - SAID ADDRESS IS A 3 FLOOR COMMERCIAL BUILDING. THE FIRST FLOOR IS OCCUPIED BY CINNABON THE SECOND FLOOR IS OCCUPIED BY A NAIL SALON AND THE THIRD FLOOR IS UNOCCUPIED. THE DEFENDANT IS UNKNOWN AT SAID ADDRESS. NO FURTHER INFORMATION WAS AVAILABLE.__

Under penalties of perjury, I declare that I have read the foregoing Affidavit of Service / Return of Service and that the facts stated in it are true. I certify that I have no interest in the above action, am of legal age and service was made within this state by an officer authorized to serve process where the person was served.

Subscribed and Sworn to before me on the 31st day of OCTOBER 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

MARY P. VETTER
Notary Public, State of New York
No. 01VE6122612
Qualified in Queens County
Commission Expires: February 14, 2625

JOHN CLEERE
PROCESS SERVER # n/a
Appointed in accordance with State Statutes

Caplan, Caplan & Caplan Process Servers
12505 Orange Drive
Suite 907
Davie, FL 33330
(305) 374-3426

Our Job Serial Number: 2022026279

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

# Exhibit B

# Elyse Koenig

| | |
|---|---|
| **From:** | WSP Server <DBSServer@dbsinfo.net> on behalf of Caplan,Caplan and Caplan Process Servers <caplanupdates@caplanandcaplan.com> |
| **Sent:** | Wednesday, September 7, 2022 7:09 AM |
| **To:** | Elyse Koenig; John Koenig |
| **Subject:** | CPN Status on  (ZAHAV ASSET MANAGEMENT, LLC) |

To: RICHARD A. D'AMURA
   D'AMURA & ZAIDMAN, PLLC

This is an automated message relating to:

   **Our Job Number:** 2022026282
   **Your Reference Number:**
   **Party To Be Served:** ZAHAV ASSET MANAGEMENT, LLC
   **Documents To Be Served:** SUMMONS , SECOND AMENDED COMPLAINT AND EXHIBITS
   **Case Info:** Florida SOUTHERN 9:21-CV-81995-AMC
   **Case Style:** RMST HOLDING COMPANY, INC. ET AL., vs. PREMIUM 72 CAPITAL, LLC

Original Service Address: ZAHAV ASSET MANAGEMENT, LLC, 420 CENTRAL AVE, CEDARHURST, NY 11516

Latest Status: 9/7/2022 8:07 am 420 CENTRAL AVE, CEDARHURST, NY 11516 This address is cedarhurst pharmacy and has been here since pandemic--They don't know who the previous occupants were . ON HOLD

Thank you,
Caplan,Caplan and Caplan Process Servers
caplanupdates@caplanandcaplan.com
Phone: (305) 374-3426

More detailed status is available at https://cpn.sopstatus.com

# Elyse Koenig

| | |
|---|---|
| **From:** | WSP Server <DBSServer@dbsinfo.net> on behalf of Caplan,Caplan and Caplan Process Servers <caplanupdates@caplanandcaplan.com> |
| **Sent:** | Monday, October 3, 2022 11:40 AM |
| **To:** | Elyse Koenig; John Koenig |
| **Subject:** | CPN Status on  (ZAHAV ASSET MANAGEMENT, LLC) |

To: RICHARD A. D'AMURA
   D'AMURA & ZAIDMAN, PLLC

This is an automated message relating to:

   **Our Job Number:** 2022026282
   **Your Reference Number:**
   **Party To Be Served:** ZAHAV ASSET MANAGEMENT, LLC
   **Documents To Be Served:** SUMMONS , SECOND AMENDED COMPLAINT AND EXHIBITS
   **Case Info:** Florida SOUTHERN 9:21-CV-81995-AMC
   **Case Style:** RMST HOLDING COMPANY, INC. ET AL., vs. PREMIUM 72 CAPITAL, LLC

Original Service Address: ZAHAV ASSET MANAGEMENT, LLC, 420 CENTRAL AVE, CEDARHURST, NY 11516

Latest Status: 10/3/2022 12:38 pm 499 CHESTNUT STREET, #213, CEDARHURST, NY 11516 AND 234 CHESTNUT STREET, #21B, CEDARHURST, NY 11516 SENT TO SERVER

Thank you,
Caplan,Caplan and Caplan Process Servers
caplanupdates@caplanandcaplan.com
Phone: (305) 374-3426

More detailed status is available at https://cpn.sopstatus.com

# Elyse Koenig

| | |
|---|---|
| **From:** | WSP Server <DBSServer@dbsinfo.net> on behalf of Caplan,Caplan and Caplan Process Servers <caplanupdates@caplanandcaplan.com> |
| **Sent:** | Tuesday, October 11, 2022 1:10 PM |
| **To:** | Elyse Koenig; John Koenig |
| **Subject:** | CPN Status on  (ZAHAV ASSET MANAGEMENT, LLC) |

To: RICHARD A. D'AMURA
   D'AMURA & ZAIDMAN, PLLC

This is an automated message relating to:

   **Our Job Number:** 2022026282
   **Your Reference Number:**
   **Party To Be Served:** ZAHAV ASSET MANAGEMENT, LLC
   **Documents To Be Served:** SUMMONS , SECOND AMENDED COMPLAINT AND EXHIBITS
   **Case Info:** Florida SOUTHERN 9:21-CV-81995-AMC
   **Case Style:** RMST HOLDING COMPANY, INC. ET AL., vs. PREMIUM 72 CAPITAL, LLC

Original Service Address: ZAHAV ASSET MANAGEMENT, LLC, 420 CENTRAL AVE, CEDARHURST, NY 11516

Latest Status: 10/11/2022 2:06 pm SERVER ATTEMPTED AT 499 CHESTNUT STREET, THERE IS NO SUITE 213. THERE ARE MULTIPLE COMPANIES LOCATED BUT NONE ARE ZAHAV. SERVER ALSO CHECKED WITH #113 AND THEY WERE UNKNOWN. SERVER ALOS ATTEMPTED AT 234 CHESTNUT STREET, THERE IS NO 234 CHESTNUT STREET IN CEDARHURST. WILL PLACE ON HOLD UNTIL FURTHER INSTRUCTED. YW

Thank you,
Caplan,Caplan and Caplan Process Servers
caplanupdates@caplanandcaplan.com
Phone: (305) 374-3426

More detailed status is available at https://cpn.sopstatus.com

# Elyse Koenig

| | |
|---|---|
| **From:** | WSP Server <DBSServer@dbsinfo.net> on behalf of Caplan,Caplan and Caplan Process Servers <caplanupdates@caplanandcaplan.com> |
| **Sent:** | Tuesday, October 25, 2022 10:33 AM |
| **To:** | Elyse Koenig; John Koenig |
| **Subject:** | CPN Status on  (ZAHAV ASSET MANAGEMENT, LLC) |

To: RICHARD A. D'AMURA
   D'AMURA & ZAIDMAN, PLLC

This is an automated message relating to:

   **Our Job Number:** 2022026282
   **Your Reference Number:**
   **Party To Be Served:** ZAHAV ASSET MANAGEMENT, LLC
   **Documents To Be Served:** SUMMONS , SECOND AMENDED COMPLAINT AND EXHIBITS
   **Case Info:** Florida SOUTHERN 9:21-CV-81995-AMC
   **Case Style:** RMST HOLDING COMPANY, INC. ET AL., vs. PREMIUM 72 CAPITAL, LLC

Original Service Address: ZAHAV ASSET MANAGEMENT, LLC, 420 CENTRAL AVE, CEDARHURST, NY 11516

Latest Status: 10/25/2022 11:28 am 234 CEDARHURST AVENUE, #21B, CEDARHURST, NY 11516 -- Server has been there twice since we got the corrected address. There is no answer and server spoke with a neighbor who stated that the occupants might be in Israel ( The name Zahav is on the door) . Server is going one more time, will update once attempted again.

Thank you,
Caplan,Caplan and Caplan Process Servers
caplanupdates@caplanandcaplan.com
Phone: (305) 374-3426

More detailed status is available at https://cpn.sopstatus.com

# Elyse Koenig

| | |
|---|---|
| **From:** | WSP Server <DBSServer@dbsinfo.net> on behalf of Caplan,Caplan and Caplan Process Servers <caplanupdates@caplanandcaplan.com> |
| **Sent:** | Wednesday, October 26, 2022 12:41 PM |
| **To:** | Elyse Koenig; John Koenig |
| **Subject:** | CPN Status on  (ZAHAV ASSET MANAGEMENT, LLC) |

To: RICHARD A. D'AMURA
   D'AMURA & ZAIDMAN, PLLC

This is an automated message relating to:

   **Our Job Number:** 2022026282
   **Your Reference Number:**
   **Party To Be Served:** ZAHAV ASSET MANAGEMENT, LLC
   **Documents To Be Served:** SUMMONS , SECOND AMENDED COMPLAINT AND EXHIBITS
   **Case Info:** Florida SOUTHERN 9:21-CV-81995-AMC
   **Case Style:** RMST HOLDING COMPANY, INC. ET AL., vs. PREMIUM 72 CAPITAL, LLC

Original Service Address: ZAHAV ASSET MANAGEMENT, LLC, 420 CENTRAL AVE, CEDARHURST, NY 11516

Latest Status: 10/26/2022 1:36 pm 234 CEDARHURST AVENUE, #21B, CEDARHURST, NY 11516 -- The 3rd attempt was made yesterday and there is still no answer. Will hold Please advise

Thank you,
Caplan,Caplan and Caplan Process Servers
caplanupdates@caplanandcaplan.com
Phone: (305) 374-3426

More detailed status is available at https://cpn.sopstatus.com