5037-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| RMST HOLDING COMPANY, INC., *et al.*, | CASE NO.: 9:21-CV-081995-CANNON-Reinhart |
| Plaintiffs, | |
| v. | |
| PREMIUM 72 CAPITAL, LLC, *et al.*, | |
| Defendants. | |
| _____/ | |
| BYLINE BANK, | |
| Plaintiff, | |
| v. | |
| PREMIUM 72 CAPITAL, LLC, *et al.*, | |
| Defendants. | |
| _____/ | |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
TO THIRD AMENDED COMPLAINT**

Defendants, Premium 72 Capital, LLC, Premium 72 International, LLC, AynBet Investments, LLC, Arturo Nicolayevsky, and Eduardo Perez (collectively "Defendants"), as authorized by Rule 6(b) of the Federal Rules of Civil Procedure, hereby move for an extension of time in which to file a written response to the Third Amended Complaint, and in support state:

RMST HOLDING COMPANY, INC., ET AL. V. PREMIUM 72 CAPITAL, LLC, ET AL.
Case No.: 9:21-CV-081995-AMC

1. Plaintiffs, RMST Holding Company, Inc., R.M. Stark & Co., Inc., and Gary Stark (collectively, "Plaintiffs"), filed a Third Amended Complaint on November 14, 2022. [ECF No. 117.] Prior to that, the Court stayed all deadlines in this case and then reiterated its ruling that all deadlines were stayed. [ECF Nos. 108, 123.]

2. In all candor to the Court, Defendants are not completely sure if the stay applies to the deadline for them to respond to the Third Amended Complaint, although it believes that the stay applies. In an abundance of caution, Defendants are moving the Court for an extension of time in which to file such a response, which would otherwise be due today, if the stay did not apply.

3. Due to numerous other deadlines and obligations, hearings, and the Thanksgiving holiday, as well as the obligation to respond to a more than 300-paragraph Complaint involving complex financial issues after having been only recently retained in this case, Defendants' counsel needs additional time in which to prepare Defendants' written response to the Third Amended Complaint.

4. Defendants' counsel has been working diligently to mount a defense in this action after having succeeded Defendants' predecessor counsel and, in so doing, have been preparing a responsive pleading to the most recent version of the Complaint (*i.e.*, the Third Amended Complaint), which is nearly complete.

5. Defendants are requesting an additional, modest 14 days from the date of this Motion in which to file a written response to the Third Amended Complaint.

6. As required by the Local Rules, the undersigned counsel has conferred with Plaintiffs' counsel regarding the proposed extension of time, and Plaintiffs' counsel has indicated that Plaintiffs need additional time in which to provide a position in which the proposed extension of time. As soon as the position is provided, Defendants' counsel will relay the message to the Court in a supplemental filing.

WHEREFORE, Defendants, Premium 72 Capital, LLC, Premium 72 International, LLC, AynBet Investments, LLC, Arturo Nicolayevsky, and Eduardo Perez, respectfully request that this honorable Court extend the time in which they are required to file a written response to the Third Amended Complaint by no fewer than 14 days and award such other and further relief as this Court may deem just and proper.

DATED: November 28, 2022.

        THE CARLIN LAW FIRM, PLLC
        *Attorneys for Defendants*
        Victoria Park Centre
        1401 E. Broward Boulevard, Suite 101
        Fort Lauderdale, Florida 33301
        Tel.: (954) 440-0901
        Primary e-mail: eservice@carlinfirm.com

        By: */s/ Justin C. Carlin*
            JUSTIN C. CARLIN, ESQUIRE
            Fla. Bar No.: 068429
            Sec. e-mail: mberner@carlinfirm.com
            Ter. e-mail: mpanico@carlinfirm.com

*RMST HOLDING COMPANY, INC., ET AL. V. PREMIUM 72 CAPITAL, LLC, ET AL.*
Case No.: 9:21-CV-081995-AMC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on November 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on the following counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF (electronic notice) or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing: Joel Martin McTague, Esq. and Leanne B. Wagner, Esq., Frank Weinberg Black, PL, at jmctague@fwblaw.net and lwagner@fwblaw.net; Richard A. D'Amura, Esq., and Richard T. Lobas, Esq., D'Amura & Zaidman, PLLC, at rdamura@dz-pllc.com and rlobas@dz-pllc.com; and Daniel Lee Buchholz, Esq., and Jason Henry Baruch, Esq., Holland & Knight, LLP, at daniel.buchholz@hklaw.com and jason.baruch@hklaw.com.

By: */s/ Justin C. Carlin*
JUSTIN C. CARLIN, ESQUIRE