UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-cv-81995-AMC

**RMST HOLDING COMPANY, INC.,** *et al.*

 Plaintiffs,

v.

**PREMIUM 72 CAPITAL, LLC,** *et al.*

 Defendants.
_____/

**BYLINE BANK,**

 Plaintiff,

v.

**PREMIUM 72 CAPITAL LLC,** *et al.*

 Defendants.
_____/

### NOTICE OF NECESSITY OF DISCOVERY STATUS CONFERENCE

Plaintiffs RMST Holding Company, Inc.; R.M. Stark & Co., Inc.; and Gary L. Stark (collectively, "Plaintiffs"), by and through undersigned counsel, submit this Notice pursuant to the Court's Paperless Order dated February 9, 2023 (the "Order"). Through the Order, the Court requires Plaintiffs to file a notice indicating whether the February 22, 2023 Discovery Status Conference is still needed in light of the Plaintiffs' recently filed Motion for Default. Plaintiffs' Motion for Default seeks default judgment against Defendants Premium 72 Capital, LLC; Premium 72 International, LLC; Aynbet Investments, LLC; and Eduardo Perez.[1] However,

---

[1] On February 13, 2023, the Court denied without prejudice Plaintiffs' Motion for Default, and required Plaintiffs to file a Motion for Entry of Clerk's Default on or before February 20, 2023. Plaintiffs intend to file a Motion for Entry of Clerk's Default against the same Defendants originally identified in the Motion for Default on or before February 20, 2023.

additional Defendant Arturo Nicolayevsky filed a Notice of Pro Se Appearance (ECF No. 160). Thus, Plaintiffs' Motion for Default does not include Defendant Nicolayevky.

Mr. Nicolayevsky's discovery responses are deficient as detailed in Plaintiffs' Discovery Memorandum (ECF No. 142). Plaintiffs have not received any supplemental document production or additional communication from Mr. Nicolayevsky whatsoever since the submission of Plaintiffs' Discovery Memorandum and the January 5, 2023 Telephonic Discovery Hearing. Accordingly, the February 22, 2023 Discovery Status Conference remains necessary.

Dated: February 15, 2023

Respectfully submitted,

**D'AMURA & ZAIDMAN, PLLC**

/s/ Richard A. D'Amura
RICHARD A. D'AMURA
Florida State Bar No. 663921
RICHARD T. LOBAS (*pro hac vice*)
Ohio Bar No. 0093658
1061 Michigan Ave., Unit 1
Miami Beach, Florida 33139
Phone: (310) 945-5306
Email: rdamura@dz-pllc.com
rlobas@dz-pllc.com

And

/s/ Joel M. McTague
JOEL MARTIN MCTAGUE, ESQ.
Florida Bar No. 174406
Frank Weinberg Black, P.L.
7805 SW 6th Court
Plantation, FL 33324
Phone: 954-474-8000
Email: jmctague@fwblaw.net

*Attorneys for Plaintiffs RMST Holding Company, Inc., R.M. Stark & Co., Inc., and Gary L. Stark*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF and is being served via Electronic Mail on the following: Justin C. Carlin (eservice@carlinfirm.com), counsel for Defendants (Premium 72 Capital, LLC, Premium 72 International, LLC, Aynbet Investments, LLC, Arturo Nicolayevsky, and Eduardo Perez), and Jason Henry Baruch (jason.baruch@hklaw.com) and Daniel L. Buchholz (Daniel.Buchholz@hklaw.com), counsel for Byline, on this 11th day of January, 2023.

I further certify that the following parties will be served by regular U.S. Mail:

Zahav Asset Management, LLC

Kingdom Logistics, LLC

NFG Advance, LLC

Prompt Capital Funding, LLC

Pinnacle Business Funding, LLC

Money Store Funding

Bitty Advance 2, LLC

Isaac Wright

By: */s/ Richard T. Lobas*