IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RMST HOLDING COMPANY, INC., a Florida S Corporation, R.M. STARK & CO, INC., a Florida S Corporation, and GARY L. STARK, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>PREMIUM 72 CAPITAL, LLC, a Texas limited liability company; PREMIUM 72 INTERNATIONAL, LLC, a Nevada limited liability company; AYNBET INVESTMENTS, LLC, a Texas limited liability company; ARTURO NICOLAYEVSKY, individually; EDUARDO PEREZ, individually; ZAHAV ASSET MANAGEMENT, LLC, a New York limited liability company; KINGDOM LOGISTICS, LLC, a Texas limited Liability company; PROMPT CAPTIAL FUNDING, LLC, a New York limited liability company; PINNACLE BUSINESS FUNDING, LLC, a New York limited liability company; MONEY STORE FUNDING, a New York limited liability company; BITTY ADVANCE 2, LLC, a Wyoming limited liability company; and BYLINE BANK, an Illinois Bank,<br><br>Defendants. | Civil Case No. 9:21-CV-81995-AMC<br><br><br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO VACATE DEFAULT JUDGMENT** |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO VACATE DEFAULT JUDGMENT**

Based upon the Motion to Vacate the Default Judgment filed by the Defendant, dated February 15, 2023, against the Plaintiffs: The request to vacate the Default Judgment is hereby GRANTED.

Dated this _____ day of _____, 2023.

_____
**District Court Judge**

1