UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RMST HOLDING COMPANY, INC., et al.

PLAINTIFF(S)

v.

PREMIUM 72 CAPITAL, LLC, et al.,

DEFENDANT(S).

CASE NUMBER
9:21−cv−81995−AMC

DEFAULT BY CLERK F.R.Civ.P.55(a)

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Aynbet Investments, LLC**
**Eduardo Perez**
**Premium 72 Capital, LLC**
**Premium 72 International, LLC**

as of course, on the date February 21, 2023.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Philip Curtis*
Deputy Clerk

cc:  Judge Aileen M. Cannon
     RMST Holding Company, Inc.

DEFAULT BY CLERK F.R.Civ.P.55(a)

CV−37 (10/01)