UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-cv-81995-AMC

**RMST HOLDING COMPANY, INC.,** *et al.*

    Plaintiffs,

v.

**PREMIUM 72 CAPITAL, LLC,** *et al.*

    Defendants.

_____/

**BYLINE BANK,**

    Plaintiff,

v.

**PREMIUM 72 CAPITAL LLC,** *et al.*

    Defendants.

_____/

## UNOPPOSED MOTION FOR EXTENTION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS

Plaintiffs RMST Holding Company, Inc. ("RMST"), R.M. Stark & Co., Inc. ("RM Stark") and Gary L. Stark ("Mr. Stark") (collectively, "Stark Plaintiffs") hereby file their Unopposed Motion for Extension of Time to File their Opposition to Byline Bank's Motion to Dismiss. [D.E. 180]. Stark Plaintiffs request seven (7) days, whereby Stark Plaintiffs would have until March 14, 2023 to file. In support of this Motion, Stark Plaintiffs state:

    1.    Stark Plaintiffs filed their Third Amended Complaint on November 14, 2022. [D.E. 67].

2. Byline Bank filed its Motion to Dismiss the Third Amended Complaint on February 21, 2023. [D.E. 180]

3. The Stark Plaintiffs respectfully request a seven (7) day extension of time to file their Opposition to Byline Bank's Motion to Dismiss, up through and including March 14, 2023, to further evaluate Byline's Motion to Dismiss and to prepare an appropriate response, given the complexity of the arguments raised therein and which Plaintiffs are likely to raise in response.

5. The undersigned certifies that this motion is not being made for the purposes of delay and that no party to this litigation will be prejudiced by the requested extension of time.

4. Enlargements of time are permitted with good cause by Federal Rule of Civil Procedure 6(b). Such enlargements of time should be liberally granted absent a showing of bad faith or undue prejudice. *See, e.g., Lizarazo v. Miami-Dade Corrections & Rehab. Dept.*, 878 F.3d 1008, 1012 (11th Cir. 2017) (citing *U.S. v. Miller Bros. Constr. Co.*, 505 F.2d 1031, 1035 (10th Cir. 1974)).

5. Based on the foregoing, pursuant to Fed. R. Civ. P. 6(b)(1)(A), Stark Plaintiffs require additional time to have demonstrated good cause to extend the time to file their Opposition to Byline Bank's Motion to Dismiss.

6. The undersigned has conferred with counsel for Byline Bank and represents that the instant Motion is unopposed.

7. A proposed Order granting the instant unopposed Motion is attached hereto.

WHEREFORE, Stark Plaintiffs respectfully request that the Court grant their Unopposed Motion for Extension of Time to File their Opposition to Byline Bank's Motion to Dismiss, and for such further relief as the Court deems just and proper.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), I hereby certify that the undersigned conferred with Daniel L. Buchholz, Esq., counsel for BYLINE BANK, who advised he do not oppose the relief requested herein.

Dated: March 3, 2023                              Respectfully Submitted,

**D'AMURA & ZAIDMAN, PLLC**

*/s/ Richard T. Lobas*
RICHARD A. D'AMURA
Florida State Bar No. 663921
RICHARD T. LOBAS (*pro hac vice*)
Ohio Bar No. 0093658
1061 Michigan Ave., Unit 1
Miami Beach, Florida 33139
Phone: (310) 945-5306
Email: rdamura@dz-pllc.com
           rlobas@dz-pllc.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF and is being served via Electronic Mail on parties having appeared in this matter.

I further certify that the following parties will be served by regular U.S. Mail:

Zahav Asset Management, LLC

Kingdom Logistics, LLC

NFG Advance, LLC

Prompt Capital Funding, LLC

Pinnacle Business Funding, LLC

Money Store Funding

Bitty Advance 2, LLC

By: */s/ Richard T. Lobas*