**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:21-cv-81995-AMC**

**RMST HOLDING COMPANY, INC.,** *et al.*

    Plaintiffs,

v.

**PREMIUM 72 CAPITAL, LLC,** *et al.*

    Defendants.
_____/

**BYLINE BANK,**

    Plaintiff,

v.

**PREMIUM 72 CAPITAL LLC,** *et al.*

    Defendants.
_____/

**[PROPOSED] ORDER GRANTING THE UNOPPOSED MOTION FOR EXTENTION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**

THIS CAUSE having come before the Court on the Unopposed Motion of Plaintiffs RMST Holding Company, Inc., R.M. Stark & Co., Inc., and Gary L. Stark (hereinafter "Stark Plaintiffs") for Extension of Time to File their Opposition to Byline Bank's Motion to Dismiss, and the Court, being fully advised in the premises, orders and adjudges as follows:

1. Stark Plaintiffs' Unopposed Motion for Extension of Time to File Opposition to Byline Bank's Motion to Dismiss is **GRANTED.**

2. Stark Plaintiffs are hereby granted up to and through March 14, 2023 to file their Opposition to Byline Bank's Motion to Dismiss. The Clerk is directed to notate the docket accordingly.

DONE AND ORDERED in Chambers at Fort Pierce Florida, this the _____, 2023.

_____
AILEEN M. CANNON
UNITED STATES DITRICT JUDGE