UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

RMST HOLDING COMPANY, INC., et al.,

    Plaintiffs,

v.                              Case No. 21-81995-CIV-CANNON/Reinhart

PREMIUM 72 CAPITAL, LLC, et al.,

    Defendants.
_____/  CONSOLIDATED WITH

BYLINE BANK,

    Plaintiff,

v.                              Case No. 22-80838-CIV-CANNON/Reinhart

PREMIUM 72 CAPITAL, LLC, et al.,

    Defendants.
_____/

### BYLINE BANK'S MOTION FOR ENTRY OF FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Court's Order Granting Byline Bank's Renewed Motion for Default Judgment (ECF No. 116), Byline Bank ("**Byline**") moves on the following grounds for entry of final judgment against Premium 72 Capital, LLC f/k/a OPC Advisors, LLC ("**Premium 72**"), Aynbet Investments, LLC ("**Aynbet**"), and Arturo Nicolayevsky ("**Nicolayevsky**").

1. On July 21, 2022, upon Byline's motion, the Clerk of Court entered a default against Premium 72, Aynbet, and Nicolayevsky. (*See* ECF No. 100 at 5, ¶ 17; ECF No. 116 at 2-3).

2. On October 7, 2022, Byline filed its Renewed Motion for Default Judgment, seeking entry of default judgment against Premium 72, Aynbet, and Nicolayevsky. (ECF No.

100).[1]

3. On November 14, 2022, the Court granted Byline's Renewed Motion for Default Judgment. (ECF No. 116). The Court granted Byline's request for entry of default judgment on all of Byline's claims against Premium 72, Aynbet, and Nicolayevsky, as well as for all relief requested by Byline. (*See id.* at 4-8). The Court's Order concludes by stating: "Final judgment will be entered separately pursuant to Rule 58 of the Federal Rules of Civil Procedure." (*Id.* at 8).

4. As of the date of the filing of this Motion, final judgment has not yet been entered pursuant to the Court's Order Granting Byline Bank's Renewed Motion for Default Judgment.

5. Accordingly, Byline respectfully requests the Court enter or direct the Clerk of Court to enter final judgment in favor of Byline and against Premium 72, Aynbet, and Nicolayevsky. A proposed final judgment is attached as Exhibit A.

Dated: March 31, 2023

HOLLAND & KNIGHT LLP

*/s/ Jason Baruch*
Jason H. Baruch, FBN: 10280
jason.baruch@hklaw.com
Daniel L. Buchholz, FBN: 1010188
daniel.buchholz@hklaw.com
100 N. Tampa Street, Suite 4100
Tampa, Florida 33602
813-227-8500
*Attorneys for Byline Bank*

---

[1] Byline's request for default judgment was "renewed" because Byline's original request for default judgment was denied as moot following the consolidation of Byline's lawsuit with this lawsuit. (*See* ECF No. 100 at 5-6, ¶¶ 17-19; ECF No. 116 at 2-3).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 31, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court for the Southern District of Florida using the CM/ECF system will caused a copy of the foregoing document to be served by email to all counsel and pro se parties of record.

*/s/ Jason Bruch*
Attorney

#185114127