UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81995-CIV-CANNON/Reinhart
22-80838-CIV-CANNON/Reinhart

**RMST HOLDING COMPANY, INC.**,
**R.M. STARK & CO, INC**, and
**GARY L. STARK**,

    Plaintiffs,

v.

**PREMIUM 72 CAPITAL, LLC et al**.,

    Defendants.
_____/

**BYLINE BANK**,

    Plaintiff,

v.

**PREMIUM 72 CAPITAL LLC**,
**AYNBET INVESTMENTS LLC**,
**R.M. STARK & CO., INC.**,
**ARTURO NICOLAYEVSKY**, and
**GARY STARK**,

    Defendants.
_____/

**<u>FINAL DEFAULT JUDGMENT</u>**

**THIS CAUSE** comes before the Court upon the Renewed Motion for Default Judgment filed by Consolidated Plaintiff Byline Bank against Defendants Premium 72 Capital LLC, Aynbet Investments LLC, and Arturo Nicolayevsky [ECF No. 100]. The Court granted the Motion in a separate Order [ECF No. 116]. Pursuant to Rule 58 of Federal Rules of Civil Procedure, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Consolidated Plaintiff Byline Bank and against Defendants Premium 72 Capital LLC, Aynbet Investments LLC, and Arturo Nicolayevsky, jointly and severally, for the following amounts:

    a. $1,430,028.84 under the 2019 Loan Agreement, which is comprised of $1,373,760.29 in outstanding principal; $45,702.18 in accrued interest as of August 5, 2022; $9,750.37 in late fees; and $816.00 for insurance, plus interest accruing on the principal amount of the indebtedness after August 5, 2022, at the rate of $282.28 per diem.

    b. $816,316.19 under the 2020 Loan Agreement, which is comprised of $788,293.13 in outstanding principal; $22,876.69 in accrued interest as of August 5, 2022; and $5,146.37 in late fees, plus interest accruing on the principal amount of the indebtedness after August 5, 2022, at the rate of $161.98 per diem.

    c. This judgment shall bear interest as prescribed by 28 U.S.C. § 1961.

2. Byline Bank may foreclose on the collateral pledged as security in the 2019 Security Agreements [ECF 100-1 pp. 45–62] and 2020 Security Agreement [ECF No. 100-1 pp. 100–07].

3. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of April 2023.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record