## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 9:21-cv-81995-AMC

**RMST HOLDING COMPANY, INC.,** *et al.*

     Plaintiffs,

v.

**PREMIUM 72 CAPITAL, LLC,** *et al.*

     Defendants.

_____/

**BYLINE BANK,**

     Plaintiff,

v.

**PREMIUM 72 CAPITAL LLC,** *et al.*

     Defendants.

_____/

### DISCOVERY MEMORANDUM

Pursuant to this Court's Order dated July 7, 2023 (ECF No. 243), Plaintiffs RMST Holding Company, Inc.; R.M. Stark & Co., Inc.; and Gary L. Stark (collectively, "Plaintiffs") submit this Discovery Memorandum in advance of the telephonic discovery hearing set for July 14, 2023. Plaintiffs' counsel sent a draft of the Discovery Memorandum, in "Joint" form, to counsel for Defendants Premium 72 Capital, LLC ("Premium Capital"); Premium 72 International, LLC ("Premium International"); Aynbet Investments, LLC ("Aynbet"); and Arturo Nicolayevsky ("Mr. Nicolayevsky"); and Eduardo Perez ("Mr. Perez") (collectively, the "Premium Defendants"), requesting comments and permission to submit. Counsel for the Premium Defendants did not respond. In light of the Court's deadline for submission, this Discovery Memorandum is being

submitted by Plaintiffs only; to the extent counsel for the Premium Defendants respond and propose edits upon which the parties agree, an amended discovery memorandum will be submitted.

Despite prior efforts between Plaintiffs and the Premium Defendants to resolve their differences, the following issues require resolution by the Court:

1.      In response to Document Requests 4, 5, 10, 11, 12, 13, 17, 18, 24, 29, 30, 31, 35, 36, 37, 41, 43, 46, 66, 67, 70, 72, 73, 77, and 78, the Premium Defendants indicated that responsive documents will be produced. While certain documents have been produced, supplemental production of a large batch of email files resulting from a search conducted by a third-party vendor (the "Email Search Files") have not been produced. The Plaintiffs' position on this issue is as follows:

a.  The Premium Defendants' document production was originally due in <u>June of 2022</u>. The Premium Defendants' prior counsel indicated that an email search was conducted using an agreed-upon list of search terms. The Premium Defendants' prior counsel previously indicated that a supplemental production with the Email Search Files would be made on or before <u>August 12, 2022</u>. No supplemental production containing email communications has been made to date, over a year from the date the documents were originally due and nearly a year after a specific supplement containing the Email Search Files was promised by the Premium Defendants. The Email Search Files issue has been previously raised with the Court through the process detailed in the Standing Discovery Order, to no avail:

    i.  The Email Search Files issue was raised in a previous discovery memorandum dated January 23, 2023.

    ii. The Email Search Files issue was then discussed during two previous discovery hearings with this Court, on January 5, 2023 and again on February 22, 2023. The

Court entered an Order dated February 22, 2023, requiring Mr. Nicolayevsky to investigate the location of the Email Search Files and deal with the vendor previously retained to conduct the email search. Mr. Nicolayevsky submitted a response on February 28, 2023, identifying the vendor but failing to provide a satisfactory response as to the location of the actual Email Search Files.

iii.  The Email Search Files issue was raised with the Premium Defendants' current counsel upon appearing in this matter. The undersigned sent the Court's February 22, 2023 Order and Mr. Nicolayevsky's response to Mr. Hagood, the Premium Defendants' current counsel, on April 4, 2023, requesting that the Email Search Files be produced by April 7, 2023.

iv.  In the meantime, the undersigned counsel directly contacted the Premium Defendants' prior counsel, Jason Johnson, who indicated that the Email Search Files were still with the third-party vendor, Lan IT Solutions, and that the Email Search Files were not sent to Mr. Carlin (another prior counsel of the Premium Defendants), indicating that the representations made in Mr. Nicolayevsky's February 28, 2023 response were inaccurate. Based on this investigation, the undersigned requested that Mr. Hagood obtain the Email Search Files from Lan IT Solutions and provide them immediately. Mr. Hagood agreed, and indicated that he anticipated to have the Email Search Files to the undersigned by April 7, 2023 "at the latest." Then, on April 7, 2023, Mr. Hagood indicated that he had spoken with Lan IT Solutions and learned that the Email Search Files had been "corrupted" but that he anticipated production of the files (or a full explanation about why the files could not be retrieved by April 14, 2023. After several back

DISCOVERY MEMORANDUM

and forth emails and follow ups, Mr. Hagood indicated that he had the Email Search Files from Lan IT Solutions on May 4, 2023. A copy of the email chain discussing the Email Search Files with the Premium Defendants' current counsel is attached as <u>Exhibit A</u>.

v.   After clarification regarding the search terms used, on May 31, 2023, Mr. Hagood indicated that the Email Search Files were being reviewed for privilege and personal family communications, and responsive documents would be produced on a rolling basis. After not receiving any documents, the undersigned followed up on June 26, 2023. Mr. Hagood indicated that there were additional technical issues, but that the Email Search Files would be produced by July 5, 2023. No documents were received, on a rolling basis or otherwise, thus necessitating Plaintiffs' request for a discovery hearing. A true an accurate copy of the email chain discussing promises of rolling production by certain dates is attached as <u>Exhibit B</u>.

vi.   While the Premium Defendants have indicated that they are continuing to work on producing the Email Search Files, the process has continually languished without a date certain set by the Court for production. Plaintiffs therefore request that the Court order the Premium Defendants to produce the Email Search Files in full by July 31, 2023, with rolling production in the interim.

vii.   The delay in production of the Email Search Files is prejudicial to the Plaintiffs in that the documents are highly relevant and necessary to evaluating the Premium Defendants' purported defenses and position in this matter. Additionally, the Parties are discussing potential mediation, which cannot be held

until the Email Search Documents are received and analyzed. The delay in production is unnecessarily inhibiting potential resolution of this matter.

Plaintiffs' counsel's understanding of the Premium Defendants' position on the above is that the search results are voluminous and the production will take time, and that withdrawal of the Premium Defendants' prior attorneys and technical issues have exacerbated the issue.

Dated: July 13, 2023

Respectfully submitted,

**D'AMURA & ZAIDMAN, PLLC**

*/s/ Richard T. Lobas*
RICHARD A. D'AMURA
Florida State Bar No. 663921
RICHARD T. LOBAS (*pro hac vice*)
Ohio Bar No. 0093658
1061 Michigan Ave., Unit 1
Miami Beach, Florida 33139
Phone: (310) 945-5306
Email:  rdamura@dz-pllc.com
          rlobas@dz-pllc.com

*Attorneys for Plaintiffs RMST Holding Company, Inc., R.M. Stark & Co., Inc., and Gary L. Stark*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF and is being served via Electronic Mail on the following: Hunter Hagood (hh@hagoodhagood.com); counsel for Defendants (Premium 72 Capital, LLC, Premium 72 International, LLC, Aynbet Investments, LLC, Arturo Nicolayevsky, and Eduardo Perez), and Jason Henry Baruch (jason.baruch@hklaw.com) and Daniel L. Buchholz (Daniel.Buchholz@hklaw.com), counsel for Byline, on this 13th day of July, 2023.

By: */s/ Richard T. Lobas*

# Exhibit A

| | |
|---|---|
| **From:** | Richard Lobas |
| **To:** | Hunter Hagood-James |
| **Cc:** | Richard D"Amura; Elisabeth Hagood |
| **Subject:** | RE: RMST, et al. v. Premium 72, et al. |
| **Date:** | Tuesday, May 30, 2023 4:57:00 PM |
| **Attachments:** | image002.png |

Hunter, yes – I will give you a call tomorrow. Is there a time that works best for you? I am fairly open tomorrow afternoon.

Richard T. Lobas
Associate
D'Amura & Zaidman, PLLC
(c) 216-577-9593
www.dz-pllc.com



This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.

**From:** Hunter Hagood-James <HH@HagoodHagood.com>
**Sent:** Tuesday, May 30, 2023 12:27 PM
**To:** Richard Lobas <rlobas@dz-pllc.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST, et al. v. Premium 72, et al.

Richard,

Hope all is well.  I want to clarify some issues with the discovery order we've discussed.  Would you please call my office when you have a moment, or let me know a convenient time to call in?

All the best,
Hunter



Hunter A. Hagood-James, Esq.

Attorney at Law

Office: (407) 414-3846
Direct: (407) 307-6732
501 N. Magnolia Avenue
Orlando, Florida 32801

This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not

the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply e-mail and delete the original message.

---

**From:** Hunter Hagood-James
**Sent:** Thursday, May 4, 2023 9:47 AM
**To:** 'Richard Lobas' <rlobas@dz-pllc.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST, et al. v. Premium 72, et al.

Sander,

I now have, I believe, all of the files. I've had an issue getting them to open but believe I have it worked out now. Please give me until end of day tomorrow to review what we have before producing.

Best,
Hunter



Hunter A. Hagood-James, Esq.
Attorney at Law

Office: (407) 414-3846
Direct: (407) 307-6732
501 N. Magnolia Avenue
Orlando, Florida 32801

This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply e-mail and delete the original message.

---

**From:** Richard Lobas <rlobas@dz-pllc.com>
**Sent:** Monday, May 1, 2023 11:18 AM
**To:** Hunter Hagood-James <HH@HagoodHagood.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST, et al. v. Premium 72, et al.

Hunter,

I am following up on the below. What is the update regarding the extraction?

Richard T. Lobas
Associate
D'Amura & Zaidman, PLLC
(c) 216-577-9593
www.dz-pllc.com



This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.

**From:** Hunter Hagood-James <HH@HagoodHagood.com>
**Sent:** Monday, April 24, 2023 9:58 AM
**To:** Richard Lobas <rlobas@dz-pllc.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST, et al. v. Premium 72, et al.

Richard,

Yes, the same search terms are being used. I do not see what assistance your IT vendor could provide – as I previously indicated, the extraction is currently in process. Matan did not provide me with an estimated completion date but had previously advised that it would take 4-5 days. Given that it began Thursday, I would anticipate an update either today or tomorrow.

Sincerely,
Hunter



Hunter A. Hagood-James, Esq.
Attorney at Law

Office: (407) 414-3846
Direct: (407) 307-6732
501 N. Magnolia Avenue
Orlando, Florida 32801

This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply e-mail and delete the original message.

**From:** Richard Lobas <rlobas@dz-pllc.com>

**Sent:** Monday, April 24, 2023 10:53 AM
**To:** Hunter Hagood-James <HH@HagoodHagood.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST, et al. v. Premium 72, et al.

Hunter,

Are the same search terms being used? Why are you ignoring my request about our IT vendor discussing the issue with Matan? We need to put a time frame on this – it has gone on entirely too long already. What is the expected date for production of the PST files?

Richard T. Lobas
Associate
D'Amura & Zaidman, PLLC
(c) 216-577-9593
www.dz-pllc.com



This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.

---

**From:** Hunter Hagood-James <HH@HagoodHagood.com>
**Sent:** Monday, April 24, 2023 9:49 AM
**To:** Richard Lobas <rlobas@dz-pllc.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST, et al. v. Premium 72, et al.

Richard,

Good morning.  I wanted to confirm with you that after a long series of email between Matan and our client, the extraction process had commenced as of Thursday of last week.  I've been assured I will be updated as soon as there is progress and expect to hear back soon.  I will let you know as soon as I have the files.  Please feel free to reach out if you need anything further.

Sincerely,
Hunter



Hunter A. Hagood-James, Esq.

Attorney at Law

Office: (407) 414-3846
Direct: (407) 307-6732
501 N. Magnolia Avenue
Orlando, Florida 32801

This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply e-mail and delete the original message.

---

**From:** Richard Lobas <rlobas@dz-pllc.com>
**Sent:** Friday, April 21, 2023 3:31 PM
**To:** Hunter Hagood-James <HH@HagoodHagood.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST, et al. v. Premium 72, et al.

Hunter, I am once again following up here. Please respond, and we will put our vendor in touch with Matan once you provide the relevant contact information.

Richard T. Lobas
Associate
D'Amura & Zaidman, PLLC
(c) 216-577-9593
www.dz-pllc.com



This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.

---

**From:** Richard Lobas
**Sent:** Tuesday, April 18, 2023 8:21 AM
**To:** Hunter Hagood-James <HH@HagoodHagood.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST, et al. v. Premium 72, et al.

Hunter,

I am following up on the below. Thank you.

Richard T. Lobas
Associate
D'Amura & Zaidman, PLLC
(c) 216-577-9593
www.dz-pllc.com



This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.

**From:** Richard Lobas
**Sent:** Thursday, April 13, 2023 3:43 PM
**To:** Hunter Hagood-James <HH@HagoodHagood.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST, et al. v. Premium 72, et al.

Hunter,

Thank you for the update.

There are other issues with your clients' discovery responses outside of just the PST files. However, the PST files are the most immediate issue.

The "corruption" is problematic for several reasons – we have only recently learned that these files were actually extracted months ago and have been sitting around and not produced. Now we are being told that the files are corrupted, which seems like something that should have been figured out and relayed to us long ago. The need to go through the process of extracting the files again seems like it would unreasonably delay this process further. Perhaps we can have our IT vendor get on a call with Matan to try to figure out the problem.

To directly answer your question – yes, search terms were agreed upon and, to my understanding, searched and extracted. The results of that search and extraction are what we have been inexplicably waiting on since last summer.

I understand you are new to this case and I appreciate your attention to these issues and for keeping me updated. That being said, we need to resolve this as soon as possible, as I am sure you can appreciate that my clients are becoming increasingly frustrated with the delays. Please confirm that you are amenable to our IT vendor discussing this issue with Matan, and then we can work out logistics. Thank you.

Richard T. Lobas

Associate
D'Amura & Zaidman, PLLC
(c) 216-577-9593
www.dz-pllc.com



This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.

**From:** Hunter Hagood-James <HH@HagoodHagood.com>
**Sent:** Thursday, April 13, 2023 10:40 AM
**To:** Richard Lobas <rlobas@dz-pllc.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST, et al. v. Premium 72, et al.

Richard,

I'm reaching out in an effort to make sure we're complying with your discovery demands. I have a substantial amount of catchup to do to comply with various court orders. Any guidance you can provide regarding what discovery you are missing will go a long way toward streamlining these disputes.

As I understand it, the only outstanding discovery is certain email PST files. My understanding is those files were extracted and ready to be served. However, when I reached out to Matan Lan last week to have them uploaded to my systems, he informed me that they were corrupted. In order to remedy this problem, we will need to re-extract those same email PST files from the original system. I instructed Matan to begin that process last Friday. I reached out today to confirm his progress and he tells me that he needs Arturo to coordinate with him. I have again asked Arturo to coordinate with him and believe that process will be started today. I intend to have confirmation to you that the process has begun, along with an approximate completion date, by the end of day today.

In an effort to avoid any redundant problems on this issue, I wanted to affirmatively reach out to discuss keyword search terms. Having not been on the case earlier, I'm not sure whether you have agreed to the search terms they are using. Please let me know where you stand on this issue so we can avoid redundant effort.

All the best,
Hunter



**Hunter A. Hagood-James, Esq.**

Attorney at Law

Office: (407) 414-3846
Direct: (407) 307-6732
501 N. Magnolia Avenue
Orlando, Florida 32801

This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply e-mail and delete the original message.

**From:** Richard Lobas <rlobas@dz-pllc.com>
**Sent:** Monday, April 10, 2023 9:17 AM
**To:** Hunter Hagood-James <HH@HagoodHagood.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST, et al. v. Premium 72, et al.

Hunter,

Thank you for the response and information. If the PST files are provided on Friday, that is fine. I look forward to hearing from you then. Please keep me informed this week if any issues arise. Thank you.

Richard T. Lobas
Associate
D'Amura & Zaidman, PLLC
(c) 216-577-9593
www.dz-pllc.com



This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.

**From:** Hunter Hagood-James <HH@HagoodHagood.com>
**Sent:** Friday, April 7, 2023 10:50 AM
**To:** Richard Lobas <rlobas@dz-pllc.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST, et al. v. Premium 72, et al.

Additionally, I'm available all day next Wednesday if you want to schedule.  Let me know if that date doesn't work and I'll provide others.



**Hunter A. Hagood-James, Esq.**
Attorney at Law

Office: (407) 414-3846
Direct: (407) 307-6732
501 N. Magnolia Avenue
Orlando, Florida 32801

This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply e-mail and delete the original message.

---

**From:** Hunter Hagood-James
**Sent:** Friday, April 7, 2023 11:48 AM
**To:** Richard Lobas <rlobas@dz-pllc.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST, et al. v. Premium 72, et al.

Richard,

I spoke with Matan Lan directly yesterday and he advised me that he had begun the process of uploading the 60 gb of PST files to my system.  I followed up yesterday evening, he checked on it and informed me that the file is corrupted and he is going to need to again extract them again from the original drive.  He advised that process took a few days last time.  I can see a few ways to address this: (1) allow me to continue working with them to provide the discovery; (2) I can provide all of the information outlined in the order so that you can serve subpoenas; or (3) we schedule before the mag next week and explain the issues.  Given all the moving parts on this case, I would suggest we will both be better off if you allow me to continue working with him to provide it.  If you'll allow me until next Friday, I think I will be able to give you either the files themselves or a final answer that we cannot retrieve them and a full explanation.  To the extent we reach that point, we may also discuss producing the drive itself so that you can investigate/verify the issue on your side.

Let me know what you think and please feel free to call anytime.

Hunter



Hunter A. Hagood-James, Esq.

Attorney at Law

Office: (407) 414-3846
Direct: (407) 307-6732
501 N. Magnolia Avenue
Orlando, Florida 32801

This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply e-mail and delete the original message.

**From:** Richard Lobas <rlobas@dz-pllc.com>
**Sent:** Thursday, April 6, 2023 1:22 PM
**To:** Hunter Hagood-James <HH@HagoodHagood.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST, et al. v. Premium 72, et al.

Thank you Hunter.

Richard T. Lobas
Associate
D'Amura & Zaidman, PLLC
(c) 216-577-9593
www.dz-pllc.com



This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.

**From:** Hunter Hagood-James <HH@HagoodHagood.com>
**Sent:** Thursday, April 6, 2023 12:21 PM
**To:** Richard Lobas <rlobas@dz-pllc.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST, et al. v. Premium 72, et al.

Richard,

Thank you.  My investigation yielded the same results.  I anticipate having those files

to you by the end of day or tomorrow at the latest.  If it appears that I will not be able to provide them to you in that time I will follow up with my availability.

All the best,
Hunter



Hunter A. Hagood-James, Esq.

Attorney at Law

Office: (407) 414-3846
Direct: (407) 307-6732
501 N. Magnolia Avenue
Orlando, Florida 32801

This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply e-mail and delete the original message.

**From:** Richard Lobas <rlobas@dz-pllc.com>
**Sent:** Thursday, April 6, 2023 1:06 PM
**To:** Hunter Hagood-James <HH@HagoodHagood.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST, et al. v. Premium 72, et al.

Hunter,

Unfortunately, I did not hear back from you by close of business yesterday as to your availability for a conference with the magistrate to discuss these ongoing discovery issues.

Additionally, I have learned from Defendants' prior counsel, Jason Johnson, that the IT vendor Lan IT Solutions is in possession of the email PST file, and this email PST file was not sent to Mr. Carlin, another of Defendants' prior lawyers. I am told that if you reach out to Mr. Lan (of Lan IT Solutions) that Mr. Lan will send you the email PST file.

Please immediately reach out to Mr. Lan and obtain the email PST and then send it to me. Or, preferably, direct Mr. Lan to send the email PST file directly to me, which would certainly expedite this process.

Please confirm that you have contacted Mr. Lan by noon EST tomorrow and that the email PST file will be sent. Otherwise, we will move forward with contacting the magistrate to request a hearing on this ongoing discovery issue and indicating that you have not provided your availability for such a hearing, despite our request. Thank you.

Richard T. Lobas
Associate
D'Amura & Zaidman, PLLC
(c) 216-577-9593
www.dz-pllc.com



This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.

**From:** Richard Lobas
**Sent:** Tuesday, April 4, 2023 3:11 PM
**To:** hh@hagoodhagood.com
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; eh@hagoodhagood.com
**Subject:** RMST, et al. v. Premium 72, et al.

Hunter,

Following up on our discussion regarding discovery in this matter, I am attaching the magistrate's order memorializing discovery rulings and Mr. Nicolayevsky's pro se response regarding the status of the email PST.

We still have not received the email PST. Please provide the email PST file described in these filings immediately, as it has been outstanding for nearly a year. If the email PST is not produced to us this week, we will need to take this up with the magistrate yet again. In order to expedite this process, since it has been pending for some time, by close of business tomorrow please provide your availability for the next 7 business days (consistent with the magistrate's standing discovery order) for a telephonic hearing with the magistrate on this issue, which we will need if the PST file is not produced.

Thank you.

Richard T. Lobas
Associate
D'Amura & Zaidman, PLLC
(c) 216-577-9593
www.dz-pllc.com



This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must

not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.

Exhibit

B

| | |
|---|---|
| **From:** | Hunter Hagood-James |
| **To:** | Richard Lobas |
| **Cc:** | Richard D"Amura; Elisabeth Hagood |
| **Subject:** | RE: RMST v. Premium 72, et al. |
| **Date:** | Friday, July 7, 2023 8:34:25 AM |
| **Attachments:** | image003.png |

Apologies Richard I did.  Monday afternoon I'm free, Tuesday morning and flexible all day Friday.



Hunter A. Hagood-James, Esq.
Attorney at Law

Office: (407) 414-3846
Direct: (407) 307-6732
501 N. Magnolia Avenue
Orlando, Florida 32801

This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply e-mail and delete the original message.

**From:** Richard Lobas <rlobas@dz-pllc.com>
**Sent:** Thursday, July 6, 2023 10:19 AM
**To:** Hunter Hagood-James <HH@HagoodHagood.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST v. Premium 72, et al.

Hunter, following up – your response appears to have misinterpreted my email about availability. Please provide your availability Monday, Tuesday and Friday next week for a discovery hearing with the magistrate (per your email below, I have your availability for Wednesday 7/12).

Richard T. Lobas
Associate
D'Amura & Zaidman, PLLC
(c) 216-577-9593
www.dz-pllc.com



This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and

highlight the mistaken transmission to the sender, and then immediately delete the message.

**From:** Richard Lobas
**Sent:** Thursday, July 6, 2023 8:55 AM
**To:** Hunter Hagood-James <HH@HagoodHagood.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST v. Premium 72, et al.

Hunter, you have had the native files for an incredibly long period of time. The first I heard about any "issue" was after I had to follow up again after not receiving documents you promised weeks ago. Communication only happens when I reach out to follow up after not receiving documents as promised. I will be setting a hearing with the magistrate because I can no longer count on this effort being undertaken in good faith. I will copy you on my communication to the magistrate.

Richard T. Lobas
Associate
D'Amura & Zaidman, PLLC
(c) 216-577-9593
www.dz-pllc.com



This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.

**From:** Hunter Hagood-James <HH@HagoodHagood.com>
**Sent:** Thursday, July 6, 2023 8:51 AM
**To:** Richard Lobas <rlobas@dz-pllc.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST v. Premium 72, et al.

Richard,

I believe I've adequately explained the technical issues that have led to issues so far. Last week we discussed the issue with the native files while I was on vacation and you agreed to accept the PDFs. I thought you understood that had previously prevented the rolling production. Now that we can produce PDFs we will be able to start rolling production soon, but I understand if you want the court involved. It has taken much longer than I would like.

I have a mediation at 11:00 am on the 12th. Anytime before 10:00 am or after 3:30 pm will be fine.

Sincerely,
Hunter



Hunter A. Hagood-James, Esq.

Attorney at Law

Office: (407) 414-3846
Direct: (407) 307-6732
501 N. Magnolia Avenue
Orlando, Florida 32801

This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply e-mail and delete the original message.

---

**From:** Richard Lobas <rlobas@dz-pllc.com>
**Sent:** Thursday, July 6, 2023 9:45 AM
**To:** Hunter Hagood-James <HH@HagoodHagood.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST v. Premium 72, et al.

Hunter,

You have promised rolling production several times, and promised the first batch months ago. At this point, we can no longer accept "we are working on it" as a satisfactory response. The Court's involvement is unfortunately necessary, as these documents are more than a year overdue. In addition to tomorrow afternoon, please provide me your availability through 7/12 as well, so I can provide the Court with as much availability as possible.

Richard T. Lobas
Associate
D'Amura & Zaidman, PLLC
(c) 216-577-9593
www.dz-pllc.com



This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.

---

**From:** Hunter Hagood-James <HH@HagoodHagood.com>
**Sent:** Thursday, July 6, 2023 8:39 AM

**To:** Richard Lobas <rlobas@dz-pllc.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST v. Premium 72, et al.

Richard,

I'm available most of tomorrow afternoon but am booked today.  Understood but everything is being done to produce them as quickly as possible.

Sincerely,
Hunter



Hunter A. Hagood-James, Esq.
Attorney at Law

Office: (407) 414-3846
Direct: (407) 307-6732
501 N. Magnolia Avenue
Orlando, Florida 32801

This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify us by reply e-mail and delete the original message.

**From:** Richard Lobas <rlobas@dz-pllc.com>
**Sent:** Thursday, July 6, 2023 9:38 AM
**To:** Hunter Hagood-James <HH@HagoodHagood.com>
**Cc:** Richard D'Amura <rdamura@dz-pllc.com>; Elisabeth Hagood <EH@HagoodHagood.com>
**Subject:** RE: RMST v. Premium 72, et al.

Hunter,

Unfortunately we did not receive anything from you by close of business yesterday as promised. We are now forced to bring this matter before the magistrate yet again, indicating a continued failure to produce documents as promised. You have also failed to provide your availability for a conference as requested, so at this point we will be contacting the magistrate indicating that we attempted to obtain your availability, and were provided with no response.

Richard T. Lobas
Associate
D'Amura & Zaidman, PLLC
(c) 216-577-9593

[www.dz-pllc.com](http://www.dz-pllc.com)



This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.

**From:** Richard Lobas
**Sent:** Monday, June 26, 2023 5:55 PM
**To:** Hunter Hagood-James <[HH@HagoodHagood.com](mailto:HH@HagoodHagood.com)>
**Cc:** Richard D'Amura <[rdamura@dz-pllc.com](mailto:rdamura@dz-pllc.com)>; Elisabeth Hagood <[EH@HagoodHagood.com](mailto:EH@HagoodHagood.com)>
**Subject:** RE: RMST v. Premium 72, et al.

Hunter,

Following up on our call earlier today, you have indicated that the emails referenced below will be produced by Wednesday 7/5. As I indicated, we will need to go to the magistrate if the emails are not received by then. Please provide available times on 7/6 and 7/7 for a conference with the magistrate, in the event the documents are not produced by the agreed deadline of 7/5. Thank you.

Richard T. Lobas
Associate
D'Amura & Zaidman, PLLC
(c) 216-577-9593
[www.dz-pllc.com](http://www.dz-pllc.com)



This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.

**From:** Richard Lobas
**Sent:** Wednesday, May 31, 2023 3:29 PM
**To:** Hunter Hagood-James <[HH@HagoodHagood.com](mailto:HH@HagoodHagood.com)>
**Cc:** Richard D'Amura <[rdamura@dz-pllc.com](mailto:rdamura@dz-pllc.com)>; Elisabeth Hagood <[EH@HagoodHagood.com](mailto:EH@HagoodHagood.com)>
**Subject:** RMST v. Premium 72, et al.

Hunter,

Following up on our call a moment ago, attached is the email exchange with the agreed list of search terms (note there are 2 documents) and prior counsel's agreement to incorporate those search terms.

To recap:

1. You are verifying that the search terms actually used to generate the batch of emails you have actually match the agreed search terms;
2. You are reviewing the batch of emails for privilege and personal family communications
3. You will produce responsive emails on a rolling basis after a batch is reviewed
4. You expect that the entire production will be reviewed and produced in 1-2 weeks (You said possibly a week, but I am indicating 1-2 here given the uncertainty)
5. You will produce a log of emails withheld on the basis of privilege or which are personal family communications. A detailed categorical log at first is fine, but we reserve the right to request an itemized log upon review of the detailed categorical log.

Thank you.

Richard T. Lobas
Associate
D'Amura & Zaidman, PLLC
(c) 216-577-9593
www.dz-pllc.com



This e-mail message, together with any attachments, is intended only for the above named recipient(s) and may contain privileged and/or confidential information. If you are not an intended recipient, you must not review, copy or show the message and any attachments to anyone. Please reply to this e-mail and highlight the mistaken transmission to the sender, and then immediately delete the message.