UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:21-cv-81995-AMC CANNON/ Reinhart

RMST HOLDING COMPANY, INC.,
R.M. STARK & CO, INC., and
GARY L. STARK,

      Plaintiffs,

vs.

PREMIUM 72 CAPITAL, LLC,
PREMIUM 72 INTERNATIONAL, LLC,
AYNBET INVESTMENTS, LLC,
ARTURO NICOLAYEVSKY,
EDUARDO PEREZ

      Defendants.
_____/

## MOTION FOR EXTENSION OF TIME TO RESPOND TO GARY L. STARK'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants, Arturo Nicolayevsky, Eduardo Perez, Premium 72 Capital, LLC, and Premium 72 International, LLC, move for an extension of time in which to respond to Plaintiff Gary L. Stark's Motion for Partial Summary Judgment, [ECF No. 235].

### MEMORANDUM OF LAW AND ANALYSIS

1. Defendants respectfully request an additional seven days to respond to Plaintiff's Motion for Partial Summary Judgment.

2. Enlargements of time are permitted with good cause by Federal Rule of Civil Procedure 6(b).

3. Where a deadline has expired, Courts may extend the deadline if the failure to act was the result of excusable neglect.

4. On the date Plaintiff filed his Partial Motion for Partial Summary Judgment, June 16, 2023, Plaintiff also served five Motions for Clerk's Default. *See* [Motions, ECF Nos. 228-233, June 16, 2023].

5. During that time, Defendant was diligently working to comply with court-ordered discovery deadlines, while working to marshal his limited resources in defense of this case.

6. Defense counsel's attempts to produce one particular native document production in this case, discussed at length in the parties' July 14, 2023 telephonic hearing, caused, or at least appear to have caused, a technology failure. This failure, in addition to other considerations, led to an overall update of the Firm's systems.

7. Prior to Plaintiff's service of the Motion for Partial Summary Judgment, Defense counsel changed the team member responsible for calendaring documents served by e-service.

8. Unbeknownst to that team member, and most members of the Firm, the PACER account, as it was set up in the Southern District of Florida, was not serving documents to the eservice@HagoodHagood.com email, the email address listed on all filings in this case, but was instead only serving them to the main inbox of the undersigned.

HAGOOD & HAGOOD, PLLC
250 N Orange Avenue | Suite 1114 | Orlando, Florida 32801 | (407) 414–3846

9. All calendaring is performed according to the eservice email and the response deadline to the summary judgment motion was not calendared.

10. Accordingly, the delay was the result of excusable neglect and not within the reasonable control of the Defendant.

11. Contemporaneously with this filing, Defendant will file a Notice of Change of Email Address to correct this error, and to ensure it does not arise in the future.

12. Further, Defendant has been burdened by a lack of resources that has significantly impacted his ability to defend this case. While Defendant acknowledges that this lack of resources typically does not constitute excusable neglect, Defendant's lack of resources supports that he is acting in good faith in an attempt to defend the claims against him, as well as to comply with deadlines.

13. Extreme prejudice would result if Defendant were not allowed a brief additional period to respond.

14. No prejudice to the Plaintiff would result if the extension were granted, besides necessitating a reply on the merits of this case which does not constitute prejudice in this context.

15. In an effort to show diligence in responding to the deadlines established by the Local Rules of this Court, Defendant, unless otherwise ordered, will file his response to Plaintiff's Motion for Partial Summary Judgment as soon

HAGOOD & HAGOOD, PLLC
250 N Orange Avenue | Suite 1114 | Orlando, Florida 32801 | (407) 414–3846

as is practicable, with the understanding that this requested extension remains in this Court's discretion.

**WHEREFORE**, Defendants respectfully request that this Honorable Court enter an order allowing Defendant to file a response to Plaintiff's Motion for Partial Summary Judgment at any time prior to August 3rd, 2023.

Dated: July 26, 2023

## RULE 7.1 CERTIFICATION

I HEREBY CERTIFY that on July 26, 2023, conferred with Richard Lobas, counsel for Plaintiff Stark, by email and he is opposed to this motion.

Respectfully submitted,

_____

**HAGOOD & HAGOOD, PLLC**
Hunter A. Hagood-James, Esq.
Florida Bar No. 1020504
250 N Orange Ave., Suite 1114
Orlando, Florida 32801
Telephone: (407) 414-3846
Primary Service Email Address:
EService@HagoodHagood.com
*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 26, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court for the Southern District of Florida using the CM/ECF system which will cause a copy of the foregoing document to be served by email to all counsel and pro se parties of record.

_____

Signature of Filer