UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:21-cv-81995-AMC CANNON/ Reinhart

RMST HOLDING COMPANY, INC.,
R.M. STARK & CO, INC., and
GARY L. STARK,

      Plaintiffs,

vs.

PREMIUM 72 CAPITAL, LLC,
PREMIUM 72 INTERNATIONAL, LLC,
AYNBET INVESTMENTS, LLC,
ARTURO NICOLAYEVSKY,
EDUARDO PEREZ

      Defendants.
_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO GARY L. STARK'S MOTION FOR PARTIAL SUMMARY JUDGMENT

THIS CAUSE having come before the Court on the Defendants', Arturo Nicolayevsky, Eduardo Perez, Premium 72 Capital, LLC, and Premium 72 International, LLC, Motion for Extension of Time to Respond to Gary L. Stark's Motion for Partial Summary Judgment, filed July 26, 2023, and the Court, being fully advised in the premises, orders and adjudges as follows:

1. Defendants' Motion for Extension of Time to Respond to Gary L. Stark's Motion for Partial Summary Judgment is GRANTED.

2. Defendants are hereby granted up to and through August 3rd, 2023 to file their response to Gary L. Stark's Motion for Partial Summary Judgment. The Clerk is directed to notate the docket accordingly.

###

DONE AND ORDERED in Chambers at Fort Pierce Florida, this the ___ day of _____, 2023.

_____
AILEEN M. CANNON
UNITED STATES DITRICT JUDGE