UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:21-cv-81995-AMC CANNON/ Reinhart

RMST HOLDING COMPANY, INC.,
R.M. STARK & CO, INC., and
GARY L. STARK,

       Plaintiffs,

vs.

PREMIUM 72 CAPITAL, LLC,
PREMIUM 72 INTERNATIONAL, LLC,
AYNBET INVESTMENTS, LLC,
ARTURO NICOLAYEVSKY,
EDUARDO PEREZ

       Defendants.
_____/

### NOTICE OF CHANGE OF ADDRESS AND SERVICE EMAIL

Attorney Hunter A. Hagood-James, files this Notice of Change of Address and Service Email in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

| | |
|---|---|
| Law Firm: | Hagood & Hagood, PLLC |
| Address: | 250 N. Orange Avenue |
| | Suite 1114 |
| | Orlando, FL 32801 |
| Email Address: | EService@HagoodHagood.com |

Dated: July 26, 2023

        Respectfully submitted,

_____
**HAGOOD & HAGOOD, PLLC**
Hunter A. Hagood-James, Esq.
Florida Bar No. 1020504
250 N. Orange Ave., Suite 1114
Orlando, Florida 32801
Telephone: (407) 414-3846
Primary Service Email Address:
EService@HagoodHagood.com
*Counsel for the Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 26, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court for the Southern District of Florida using the CM/ECF system which will cause a copy of the foregoing document to be served by email to all counsel and pro se parties of record.

_____
Signature of Filer