UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-cv-81995-AMC

**RMST HOLDING COMPANY, INC.,** *et al.*

    Plaintiffs,

v.

**PREMIUM 72 CAPITAL, LLC,** *et al.*

    Defendants.
_____/

**BYLINE BANK,**                                              Consolidated Action: 22-80838-CIV-AMC

    Plaintiff,

v.

**PREMIUM 72 CAPITAL LLC,** *et al.*

    Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL OF BITTY ADVANCE 2, LLC**

    Plaintiffs RMST Holding Company, Inc.; R.M. Stark & Co., Inc.; and Gary L. Stark (collectively, "Plaintiffs"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss their claims against Defendant Bitty Advance 2, LLC only, with prejudice. All other claims against all other parties remain.

Dated: August 30, 2023

                        Respectfully submitted,

                        **D'AMURA & ZAIDMAN, PLLC**

                        */s/ Richard T. Lobas*
                        RICHARD A. D'AMURA
                        Florida State Bar No. 663921
                        RICHARD T. LOBAS (*pro hac vice*)
                        Ohio Bar No. 0093658
                        1061 Michigan Ave., Unit 1
                        Miami Beach, Florida 33139
                        Phone: (310) 945-5306
                        Email: rdamura@dz-pllc.com
                                    rlobas@dz-pllc.com

                        *Attorneys for Plaintiffs RMST Holding Company, Inc., R.M. Stark & Co., Inc., and Gary L. Stark*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of August, 2023, a copy of the foregoing has been electronically filed with the Clerk of Court using CM/ECF and is being served via Electronic Mail on parties having appeared in this matter.

I further certify that the following parties will be served by regular U.S. Mail:

Zahav Asset Management, LLC

Kingdom Logistics, LLC

Prompt Capital Funding, LLC

Pinnacle Business Funding, LLC

By: */s/ Richard T. Lobas*