UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-81995-CIV-CANNON/Reinhart
22-80838-CIV-CANNON/Reinhart

**RMST HOLDING COMPANY, INC.**,
**R.M. STARK & CO, INC**, and
**GARY L. STARK**,

    Plaintiffs,
v.

**PREMIUM 72 CAPITAL, LLC et al.**,

    Defendants.
_____/

**BYLINE BANK**,

    Plaintiff,

v.

**PREMIUM 72 CAPITAL LLC**,
**AYNBET INVESTMENTS LLC**,
**R.M. STARK & CO., INC.**,
**ARTURO NICOLAYEVSKY**, and
**GARY STARK**,

    Defendants.
_____/

**ORDER CLOSING CASE**
**AS TO DEFENDANT BITTY ADVANCE 2, LLC**

**THIS CAUSE** comes before the Court upon Plaintiffs' Notice of Voluntary Dismissal of Bitty Advance 2, LLC [ECF No. 255], filed on August 30, 2023. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiffs prior to Defendant Bitty Advance 2, LLC serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **DISMISSED WITH**

CASE NO. 21-81995-CIV-CANNON/Reinhart

**PREJUDICE as to Defendant Bitty Advance 2, LLC**, effective August 30, 2023, the date on which Plaintiffs filed the Notice of Voluntary Dismissal [ECF No. 255].

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Clerk of Court shall **TERMINATE** and **DISMISS** Bitty Advance 2, LLC from this action.

2. Plaintiffs' Motion for Default Final Judgment Against Defendant Bitty Advance 2, LLC [ECF No. 237] is **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 31st day of August 2023.

                                                 **AILEEN M. CANNON**
                                                 **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record